**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, on behalf of herself and all others similarly situated,<br><br>        Plaintiff(s),<br>  v.<br><br>George Kennedy, et al,<br><br>        Defendant(s).<br>_____/ | NO. C 01-21151 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

     Pursuant to the parties' Joint Case Management Statement, this Court vacates the presently scheduled case management conference for August 15, 2005. The new case management is set for **Monday, September 19, 2005** to coincide with a hearing on Plaintiff's Motion to Lift October 8, 2002 Order Staying Proceedings, and Motion to Consolidate Actions. The hearing on the motions will be at **9 a.m.** and the case management will be at **10:00 a.m.** Pursuant to the local rules, the parties shall file a joint case management statement no later then 10 days before the conference.

Dated: August 9, 2005

                                                                             /s/ James Ware
                                                                          JAMES WARE
                                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com

**Dated: August 9, 2005**               **Richard W. Wieking, Clerk**

                                        **By:  /s/ JW Chambers**
                                              **Ronald L. Davis**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California