**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, on behalf of herself and all others similarly situated, | NO. C 01-21151 JW<br>and related NO. C 03-02611 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| George Kennedy, et al., | |
| Defendant(s). | |

In preparation for the presently scheduled case management conference for October 24, 2005, the parties in the Del Campo action have filed separate case management statements. The Plaintiff seek either a continuance of the conference or to appear telephonically due to the unavailability of counsel. Since it is very difficult for the Court to conduct case management conference telephonically, the Court reschedules the case management to November 7, 2005 at 10 a.m. Pursuant to the Civil Local Rules of this Court, the parties shall file a *joint* case management statement no later than ten (10) days before the conference. (*emphasis added.*)

Dated: October 17, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: October 17, 2005**                    **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                       **Ronald L. Davis**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California