IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, | NO. C 01-21151 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE FOR MOTION TO CONSOLIDATE AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| George Kennedy et al., | |
| Defendant(s). | |

The hearing date for the motion(s) to consolidate the related actions and the case management conference are continued from December 12, 2005 to January 30, 2006 at 9:00 a.m. The joint case management statement must be filed no later than January 18, 2006.

Dated: November 28, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com

**Dated: November 28, 2005**       **Richard W. Wieking, Clerk**

**By:  /s/JW Chambers**
        **Ronald L. Davis**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California