Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE KENNEDY, et al.<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO QUASH SUBPOENAS<br><br>Date: March 28, 2006<br>Time: 10:00 a.m.<br>Courtroom 5 |
| AND CONSOLIDATED ACTION | Civ. No. 03-2611 JW |

Plaintiffs, through their counsel Paul Arons, and defendants, through their counsel, Charles D. Jenkins, hereby stipulate that the hearing on Defendants' Motion to Quash Subpoenas shall be continued from March 28, 2006 to May 2, 2006. The due date for the reply brief of the defendants shall be based on the new hearing date.

Stipulation to Continue Hearing on Motion to Quash Subpoenas: Page 1

1  So Stipulated.

2  DATED: March 13, 2006            LAW OFFICES OF PAUL ARONS

3                                   By s/ Paul Arons
                                        PAUL ARONS
4                                       Attorneys for Plaintiffs

5
   DATED: March 13, 2006            JENKINS GOODMAN NEUMAN &
6                                   HAMILTON LLP

7                                   By  /s/
                                        CHARLES D. JENKINS
8                                       Attorneys for Defendants

9

10  **IT IS SO ORDERED.**

11

12  Dated: 3/14/06                  *Patricia V. Trumbull* (signature)
                                    Honorable Patricia Trumbull
13                                  Magistrate Judge, United States District Court

14

15  StipContinueMotQuash031306
16

Stipulation to Continue Hearing on Motion to Quash Subpoenas: Page 2