

1  Paul Arons, State Bar #84970
   LAW OFFICE OF PAUL ARONS
2  685 Spring Street, #104
   Friday Harbor, WA 98250
3  Tel:  (360) 378-6496
   Fax: (360) 378-6498
4  lopa@rockisland.com

6  Deepak Gupta, D.C. Bar #495451
   (*pro hac vice*)
7  PUBLIC CITIZEN LITIGATION GROUP
   1600 20th Street, NW
8  Washington, DC 20009
   Tel:  (202) 588-1000
9  Fax: (202) 588-7795
   dgupta@citizen.org

   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| ELENA DEL CAMPO on behalf of herself and all others similarly situated, | Civ. No. 01-21151 JW |
|---|---|
| Plaintiffs, | CLASS ACTION |
| v. | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS BASED ON ABSTENTION |
| GEORGE KENNEDY, et al. | |
| Defendants. | Date: April 10, 2006<br>Time: 9:00 a.m.<br>Courtroom 8 |
| AND CONSOLIDATED ACTION | Civ. No. 03-2611 JW |

     Plaintiffs, through their counsel Paul Arons, and defendants, through their counsel, Charles D. Jenkins, hereby stipulate that the hearing on Defendants' Motion to Dismiss Based On Abstention, shall be continued from April 10, 2006 to April 24, 2006.  The due date for the opposition and reply briefs of the respective parties shall be based on the new hearing date.

Stipulation to Continue Hearing on Motion to Dismiss Based on Abstention: Page 1

1 | So Stipulated.

2 | DATED: March 13, 2006            LAW OFFICES OF PAUL ARONS

3 | By s/ Paul Arons
       PAUL ARONS
4 |    Attorneys for Plaintiffs

5 |

6 | DATED: March 13, 2006            JENKINS GOODMAN NEUMAN & HAMILTON LLP

7 | By   /s/
       CHARLES D. JENKINS
8 |    Attorneys for Defendants

9 |

10 | **IT IS SO ORDERED.**

11 |

12 | Dated: March 15, 2006

       _____
13 |   Honorable James Ware
       Judge, United States District Court

14 |

15 | StipContinueMotDismiss031306

Stipulation to Continue Hearing on Motion to Dismiss Based on Absention: Page 2