1  CHARLES D. JENKINS - SBN 114897
   DAN D. KIM - SBN 212577
2  JENKINS, GOODMAN, NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:   415/705-0400
4  Facsimile:   415/705-0411

5  DAVID L. HARTSELL - Appearing *Pro Hac Vice*
   MCGUIREWOODS, LLP
6  77 W. Wacker Drive, Suite 4100
   Chicago, IL 60601
7  Telephone:  (312) 558-1000
   Facsimile: (312) 750-8600
8

9  Attorneys for Defendants AMERICAN CORRECTIVE COUNSELING
   SERVICES, INC. and GEORGE KENNEDY, in his official capacity
10

11                  UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| ELENA del CAMPO, on behalf of herself and all others similarly situated, | Case No. C 01-21151 JW (PVT) |
|---|---|
| Plaintiffs, | Related Case No.  C 03-02611 JW |
| vs. | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO PRECLUDE DESTRUCTION OF DOCUMENTS** |
| GEORGE KENNEDY, AMERICAN CORRECTIVE COUNSELING SERVICES, INC., DON R. MEALING, BRUCE D. RAYE, LYNN R. HANSEY a/k/a R. D. DAVIS and DOES 1 through 20. | **Date: August 8, 2006<br>Time: 10:00 a.m.<br>Courtroom:  5 – Magistrate Judge Patricia V. Trumbull** |
| Defendants. | |

22      Defendants, through their counsel Charles D. Jenkins and Todd M. Sloan, and

23  plaintiffs, through their counsel Paul Arons, hereby stipulate that the hearing of plaintiff's

24  motion to preclude destruction of documents shall be continued from August 8, 2006 to

25  September 12, 2006, at 10:00 a.m. in Department 5.  The prohibition against destroying

26

-1-

STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO PRECLUDE
DESTRUCTION OF DOCUMENTS

1  tapes of telephone calls shall remain in effect until the new hearing date.  The due dates for
2  the opposition and reply briefs of the respective parties shall be based on the new hearing
3  date.

     So Stipulated.

Dated:  June 20, 2006           JENKINS, GOODMAN, NEUMAN & HAMILTON LLP

By:/s/_____
    CHARLES D. JENKINS
    Attorneys for Defendants American
    Corrective Counseling Services, Inc. and
    George Kennedy

Dated:  June 20, 2006           ROSS, DIXON & BELL LLP

By: /s/_____
    TODD M. SLOAN
    Attorneys for Defendants Don Mealing,
    Lynn Hasney, Fundamental
    Performance Strategies, Fulfillment
    Unlimited, Inc. Fundamentals and
    ACCS Administration, Inc.

Dated:  June 20, 2006           LAW OFFICES OF PAUL ARONS

By: /s/_____
    PAUL ARONS
    Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: _June 23, 2006_____      *Patricia V. Trumbull*_____
    PATRICIA B. TRUMBULL
    United States Magistrate Judge

STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO PRECLUDE DESTRUCTION OF DOCUMENTS

f:\docs\cdj\delcampo\pleadings\stipulation and order to extend time of hearing - 6-20-06.doc

-3-
STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO PRECLUDE DESTRUCTION OF DOCUMENTS