IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGE KENNEDY, AMERICAN CORRECTIVE COUNSELING SERVICES, INC., DON R. MEALING, BRUCE D. RAYE, LYNN R. HANSEY aka R.D. DAVIS,<br><br>    Defendants. | No. C-01-21151 JW (PVT)<br><br>**ORDER VACATING HEARING DATE FOR DEFENDANT MEALING'S MOTION TO COMPEL DISCOVERY** |

Defendant Don Mealing's Motion to Compel Production of Plaintiff's bank records for the past ten years is currently scheduled for hearing on November 21, 2006. After reviewing the motion papers, the Court has determined that this motion is suitable for determination without hearing. *Civil L.R. 7-1(b).* Accordingly, It Is Hereby Ordered that the November 21, 2006 hearing date for Defendant Don Mealing's Motion to Compel Discovery is Vacated.

IT IS SO ORDERED.

Dated:   November   14, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge