IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena del Campo, et. al., | NO. C 01-21151 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION** |
| v. | |
| George Kennedy, et al., | |
| Defendants. | |
| _____/ | |

Defendants have filed a statement of non-opposition to Plaintiff's Motion to Leave to Amend/Correct Complaint Adding Representative Plaintiff. Accordingly, the Court vacates the hearing currently set for November 20, 2006. However, the parties are to appear for the case management conference scheduled for **November 20, 2006 at 10 AM.**

Dated: November 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Timothy P. Irving tirving@rdblaw.com

**Dated: November 15, 2006**                          **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California