**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena del Campo, et al., | NO. C 01-21151 JW |
|        Plaintiffs,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| George Kennedy, et al., | |
|        Defendants. | |

In light of the parties' joint case management statement, the Court continues the case management conference presently scheduled for November 17, 2006 to **January 8, 2006 at 10 AM.** The parties shall file an updated joint case management conference no later than ten (10) days before the date of the conference.

Dated: November 17, 2006

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Timothy P. Irving tirving@rdblaw.com

**Dated: November 17, 2006**                        **Richard W. Wieking, Clerk**

                                                   **By:   /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California