Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE KENNEDY, et al.,<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>CLASS ACTION<br><br>~~STIPULATION AND REQUEST FOR~~ ORDER STAYING NOVEMBER 17, 2006 DISCOVERY ORDER |
| AND CONSOLIDATED ACTION | Civ. No. 03-02691 JM |

Whereas, on November 17, 2006 this Court granted defendant Don Mealing's Motion to Compel Discovery, requiring plaintiffs to provide discovery on or before December 8, 2006; and,

Whereas, plaintiffs have filed an Objection to the November 17, 2006 discovery order; and,

Whereas, no party will be unduly prejudiced if execution of the November 17, 2006 discovery order is delayed pending a resolution of plaintiffs' Objection,

STIPULATION AND ORDER STAYING DISCOVERY ORDER: Page 1

Wherefore, the parties agree that plaintiffs' obligation to comply with the November 17, 2006 discovery order is stayed pending a resolution of plaintiffs' Objection, and they request the Court to enter an order to that effect.

**SO STIPULATED.**

DATED: December 7, 2006        JENKINS GOODMAN NEUMAN & HAMILTON LLP

By ____/s/____
CHARLES D. JENKINS
Attorneys for Defendants
AMERICAN CORRECTIVE COUNSELING SERVICES, INC. and GEORGE KENNEDY

DATED: December 7, 2006        LAW OFFICES OF PAUL ARONS

By ____/s/____
PAUL ARONS
Attorneys for Plaintiffs

DATED: December 7, 2006        ROSS, DIXON & BELL LLP

By ____/s/____
TIMOTHY P. IRVING
Attorneys for Defendants Don Mealing, Lynn Hasney, Fundamental Performance Strategies, Fulfillment Unlimited, Inc. Fundamentals and ACCS Administration, Inc.

**IT IS SO ORDERED.**

Plaintiffs' obligation to comply with the November 17, 2006 discovery order is stayed pending a resolution of plaintiffs' Objection

DATED:        _____Patricia V. Trumbull_____
Magistrate Judge Patricia V. Trumbull
United States District Court

STIPULATION AND ORDER STAYING DISCOVERY ORDER: Page 2