IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs,<br>v.<br>American Corrective Counseling Services, Inc., et al.,<br>Defendants. | **ORDER REGARDING PLAINTIFFS' OBJECTION TO ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT MEALING'S MOTION TO COMPEL** |

The Court acknowledges receipt of the Plaintiffs' Objection to Order Granting in Part and Denying in Part Defendant Mealing's Motion to Compel Further Responses to Interrogatory and Document Requests, and Defendant Don R. Mealing's Response to the Plaintiffs' Objection. Local Rule 72-2 deems denied any order not responded to within 15 days of the filing of the objection. The Court nonetheless intends to rule on the Plaintiffs' objection shortly.

Dated:  December 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Timothy P. Irving tirving@rdblaw.com

**Dated:  December 22, 2006**            **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California