**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena del Campo, et al.,<br><br>        Plaintiffs,<br>   v.<br><br>American Corrective Counseling Services, Inc., et al.,<br><br>        Defendants._____/ | NO. C 01-21151 JW<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

In light of the parties' joint case management statement (see Docket Item No. 281), the Court continues the case management conference presently scheduled for January 8, 2007 to **February 26, 2007 at 10 a.m.** The parties shall submit a joint case management statement ten days prior to the date of the conference.

Dated: December 29, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Timothy P. Irving tirving@rdblaw.com

**Dated:  December 29, 2006**          **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
   **Elizabeth Garcia**
   **Courtroom Deputy**

**United States District Court**
For the Northern District of California