Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE KENNEDY, et al.,<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>**CLASS ACTION**<br><br>**JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AND CONSOLIDATED ACTION | Civ. No. 03-02691 JM |

To accommodate the schedules of all counsel, the parties in the above-entitled action jointly request that the Court continue the Case Management Conference, currently set for February 26, 2007, to March 12, 2007, at 10:00 a.m.

**SO STIPULATED.**

1  DATED: January 12, 2007                JENKINS GOODMAN NEUMAN &
                                          HAMILTON LLP
2

3                                         By _____/s/_____
                                             CHARLES D. JENKINS
4                                            Attorneys for Defendants
                                             AMERICAN CORRECTIVE COUNSELING
5                                            SERVICES, INC. and GEORGE KENNEDY

6

7  DATED: January 12, 2007                LAW OFFICES OF PAUL ARONS

8
                                          By _____/s/_____
9                                            PAUL ARONS
                                             Attorneys for Plaintiffs
10

11 DATED: January 12, 2007                ROSS, DIXON & BELL LLP

12

13                                        By _____/s/_____
                                             TIMOTHY P. IRVING
14                                           Attorneys for Defendants Don Mealing,
                                             Lynn Hasney, Fundamental
15                                           Performance Strategies, Fulfillment
                                             Unlimited, Inc. Fundamentals and
16                                           ACCS Administration, Inc.

17

18 **IT IS SO ORDERED.**

19     The Case Management Conference is continued to __March 12, 2007 @ 10:00 AM__.

20 The parties shall file a Joint Case Management Statement no later than

21 _____March 2nd 2007_____.

22 DATED: 1/16/2007                       _____
                                          HON. JAMES WARE, JUDGE
23                                        United States District Court

24

25

26

STIPULATION AND ORDER TO CONTINUE CMC: Page 2