IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Camp, et al. | NO. C 01-21151 JW |
| Plaintiff,<br>v. | **ORDER VACATING HEARING ON MOTION** |
| American Corrective Counseling, et al., | |
| Defendants. | |

The Court found Plaintiff's Motion for Partial Judgment appropriate for submission without oral arguments. See Civ. L. R. 7-1(b). Accordingly, the hearing presently scheduled for January 29, 2007 is VACATED.

Dated: January 24, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Timothy P. Irving tirving@rdblaw.com

**Dated: January 24, 2007**                          **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**