**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO,<br><br>   Plaintiff,<br><br>  v.<br><br>GEORGE KENNEDY, AMERICAN CORRECTIVE COUNSELING SERVICES, INC., DON R. MEALING, BRUCE D. RAYE, LYNN R. HANSEY aka R.D. DAVIS,<br><br>   Defendants. | No. C-01-21151 JW (PVT)<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME ON MOTION TO DISPUTE CONFIDENTIALITY DESIGNATION OF DOCUMENTS** |

On February 5, 2007, Plaintiffs filed a Motion to Dispute Confidentiality Designation of Documents and a Motion to Shorten Time for the Motion to Dispute Confidentiality. A party seeking to change the time for a motion to be heard must identify "the substantial harm or prejudice that would occur if the Court did not change the time." Civ. L.R. 6-3(a)(3). Plaintiffs assert that if the court does not shorten the time, they will be unable to share these documents with different plaintiffs in time for those plaintiffs to submit the documents in support of a summary judgment motion in their lawsuit pending in the Northern District of Indiana (the "Hamilton Case"). Thus, Plaintiffs have only asserted harm to different plaintiffs in relation to a motion pending in a different court. Plaintiffs have asserted no harm or prejudice that they will suffer in this lawsuit.

Moreover, Plaintiffs represent that the Hamilton Plaintiffs have sought these documents in

1   their own lawsuit, but Defendants objected to producing the documents. This Court is not in a
2   position to evaluate whether the Hamilton Plaintiffs need these documents in relation to motions to
3   be heard by the Hamilton Court. The Hamilton Plaintiffs must convince the Hamilton Court that
4   their need for the documents warrants hearing a motion to compel on shortened time or an extension
5   of the summary judgement deadline.
6           Accordingly, It Is Hereby Ordered that the Motion to Shorten Time is Denied.
7   IT IS SO ORDERED.

9   Dated:   February  8,  2007

                                                _____
                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

2