1  CHARLES D. JENKINS - SBN 114897
   DAN D. KIM - SBN 212577
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  415-705-0400
4  Facsimile:  415-705-0411

5  DAVID L. HARTSELL - Appearing *Pro Hac Vice*
   MCGUIREWOODS, LLP
6  77 W. Wacker Drive, Suite 4100
   Chicago, IL 60601
7  Telephone:  312-849-8100
   Facsimile:  312-849-3690
8
   Attorneys for Defendant
9  AMERICAN CORRECTIVE COUNSELING
   SERVICES, INC.
10

11            IN THE UNITED STATES DISTRICT COURT

12       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13
   ELENA DEL CAMPO, et al.
14
                              Plaintiffs,      No.  C 01-21151 JW PVT
15
   vs.                                         **JOINT REQUEST AND ORDER
16                                             CONTINUING CASE MANAGEMENT
   AMERICAN CORRECTIVE                         CONFERENCE**
17 COUNSELING SERVICES, INC., et al.

18                            Defendants.

19         Defendant American Corrective Counseling Services, Inc. and plaintiffs are each

20 currently seeking to establish jurisdiction in the Court of Appeal for the Ninth Circuit to hear

21 appeals of different aspects of the Court's December 5, 2006 order disposing of defendants'

22 motions to dismiss, and are actively engaged in discovery.  Accordingly, the parties in the

23 above-entitled action jointly request that the Court continue the Case Management

24 Conference, currently set for March 12, 2007 at 10:00 a.m. to May 14, 2007.

25

26

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104

**SO STIPULATED**.

Dated:  March 5, 2007                      JENKINS, GOODMAN, NEUMAN & HAMILTON LLP


By: s/ Charles D. Jenkins
   CHARLES D. JENKINS
   DAN D. KIM
   Attorneys for Defendant American Corrective Counseling Services, Inc.

Dated:  March 5, 2007                      LAW OFFICES OF PAUL ARONS


By:   s/ Paul Arons
   PAUL ARONS
   Attorneys for Plaintiffs


Dated:  March 5, 2007                      ROSS, DIXON & BELL LP


By: s/ Timothy P. Irving
   TIMOTHY P. IRVING
   Attorneys for Defendants Don Mealing, Lynn Hasney, Fundamental Performance Strategies, Fulfillment Unlimited, Inc., Fundamentals and ACCS Administration, Inc.

**IT IS SO ORDERED**.

   The Case Management Conference is continued to May 14, 2007.  The parties shall file a joint Case Management Statement no later than May 4, 2007.

Dated:___MARCH 6 2007____              _____
                                        HON. JAMES WARE, JUDGE
                                        United States District Court

Jt. Req. & Ord. to Cont. CMC 030507

-2-
JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104