1  CHARLES D. JENKINS - SBN 114897
   DAN D. KIM - SBN 212577
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  415-705-0400
4  Facsimile:  415-705-0411

5  DAVID L. HARTSELL - Appearing *Pro Hac Vice*
   MCGUIREWOODS, LLP
6  77 W. Wacker Drive, Suite 4100
   Chicago, IL 60601
7  Telephone: 312-849-8100
   Facsimile: 312-849-3690
8
   Attorneys for Defendant
9  AMERICAN CORRECTIVE COUNSELING
   SERVICES, INC.
10

*IT IS SO ORDERED*
*Judge James Ware*

11           IN THE UNITED STATES DISTRICT COURT

12       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13

14  ELENA DEL CAMPO, et al.

15                          Plaintiffs,          No.  C 01-21151 JW PVT

16  vs.                                          **JOINT REQUEST AND ORDER
                                                 CONTINUING CASE MANAGEMENT
17  AMERICAN CORRECTIVE                          CONFERENCE**
    COUNSELING SERVICES, INC., et al.

18                          Defendants.

19
        Defendant American Corrective Counseling Services, Inc. and plaintiffs are each

20  currently seeking to establish jurisdiction in the Court of Appeal for the Ninth Circuit to hear

21  appeals of different aspects of the Court's December 5, 2006 order disposing of defendants'

22  motions to dismiss.  The parties are engaged in discovery.  Once initial discovery is

23  completed, plaintiffs will file a motion for class certification.  Prior to class certification and

24  appellate jurisdiction being decided, the parties believe that it is premature to set deadlines for

25  discovery or trial.  Accordingly, the parties in the above-entitled action jointly request that the

26

-1-
JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104

1  Court continue the Case Management Conference, currently set for May 14, 2007 to July 16,
2  2007.
3
4
5  **SO STIPULATED**.
6  Dated: May 10, 2007                    JENKINS, GOODMAN, NEUMAN &
                                          HAMILTON LLP
7
8
                                          By: s/ Charles D. Jenkins
9                                             CHARLES D. JENKINS
                                              DAN D. KIM
10                                            Attorneys for Defendant American
                                              Corrective Counseling Services, Inc.
11
12 Dated: May 10, 2007                    LAW OFFICES OF PAUL ARONS
13
14                                        By:   s/ Paul Arons
                                                PAUL ARONS
15                                              Attorneys for Plaintiffs
16
17 Dated: May 10, 2007                    ROSS, DIXON & BELL LP
18
19                                        By: s/ Timothy P. Irving
                                              TIMOTHY P. IRVING
20                                            Attorneys for Defendants Don Mealing,
                                              Lynn Hasney, Fundamental Performance
21                                            Strategies, Fulfillment Unlimited, Inc.,
                                              Fundamentals and ACCS Administration,
22                                            Inc.
23
   **IT IS SO ORDERED**.
24                                                        August 13, 2007 at 10 a.m.
        The Case Management Conference is continued to ~~July 16, 2007~~. The parties shall
25                                                            August 3, 2007.
   file a joint Case Management Statement no later than ~~July 6, 2007.~~
26

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104

-2-
JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | The Court notes that this request comes on the eve of the scheduled conference. The parties shall ensure that future request for continuances be filed on the date the joint statement is due.

2

3 | Dated: May 10, 2007

_____
HON. JAMES WARE, JUDGE
United States District Court

4 | Jt. Req. & Ord. to Cont. CMC 051007

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104

25

26

-3-
JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE