IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO ET AL.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC. ET AL.,<br><br>　　　Defendants. | No. C-01-21151 JW (PVT)<br><br>**ORDER CLARIFYING ORDER GRANTING APPLICATION FOR ORDER TO SHOW CAUSE; CERTIFYING FACTS TO DISTRICT COURT AND REQUIRING PLAINTIFFS' COUNSEL TO APPEAR BEFORE JUDGE WARE** |

On June 27, 2007, the court issued an order granting Defendant American Corrective Counseling Services' Application for an Order to Show Cause Regarding Contempt for Plaintiff's alleged use of confidential documents in another litigation ("the Order").[1]  On July 25, 2007, the court received a letter from counsel for Mr. Aarons, James Towery, seeking clarification of the Order.  On Page 10, the Order requires "Plaintiffs" to appear before Judge Ware.  As the rest of the Order makes clear, it is Plaintiffs' counsel who should appear before Judge Ware on September 17, 2007 to show cause why they should not be held in contempt of court.  The Court hereby clarifies that both Mr. Paul Aarons and Mr. Randolph Bragg were involved in the improper use of documents

---

[1]　The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1  and should both appear to show cause why one or both should not be held in contempt of court.

2      IT IS SO ORDERED.

3  Dated:   July 26 , 2007

                *Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

2