1  CHARLES D. JENKINS - SBN 114897
   DAN D. KIM - SBN 212577
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  415-705-0400
4  Facsimile:  415-705-0411

5  DAVID L. HARTSELL - Appearing *Pro Hac Vice*
   MCGUIREWOODS, LLP
6  77 W. Wacker Drive, Suite 4100
   Chicago, IL 60601
7  Telephone: 312-558-1000
   Facsimile:  312-759-8600
8
   Attorneys for Defendant
9  AMERICAN CORRECTIVE COUNSELING
   SERVICES, INC.
10

*IT IS SO ORDERED*
*[signature]*
Judge James Ware

11             IN THE UNITED STATES DISTRICT COURT

12      FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13

| | |
|---|---|
| ELENA DEL CAMPO, et al.<br><br>            Plaintiffs,<br><br>vs.<br><br>AMERICAN CORRECTIVE<br>COUNSELING SERVICES, INC., et al.<br><br>            Defendants. | No.  C 01-21151 JW PVT<br><br>**JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE:  August 13, 2007<br>TIME:  10:00 a.m.<br>DEPT:  8 – Judge Ware |

20      For reasons set forth below, the parties request that the next Case Management

21  Conference, currently scheduled for August 13, 2007, be continued to October 29, 2007.

22      Defendant/Appellant American Corrective Counseling Services, Inc. ("ACCS") has

23  established jurisdiction in the Court of Appeals for the Ninth Circuit seeking review of His

24  Honor's December 5, 2006 Order to the extent it denied defendant/appellant's claim of right to

25  11th Amendment immunity.  On July 5, 2007, ACCS filed its opening brief.  On July 13,

26  2007, *Amici,* the California District Attorneys Association, filed an Amicus Curiae Brief

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104

-1-
JOINT REQUEST AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 accompanied by its motion for leave.  Plaintiffs'/Appellees' responsive brief is due to be filed
2 on August 6, 2007.  Thereafter, any optional reply brief is due to be filed on August 13, 2007.

3     Pending before this court is ACCS' Motion For Stay, scheduled to be heard on
4 September 17, 2007.  In addition, on July 24, 2007, Magistrate Judge Trumbull ordered the
5 hearing date for two discovery motions filed by plaintiffs continued to November 6, 2007.  It
6 is anticipated that hearing date will be rescheduled to October 30, 2007.

7     The next Case Management Conference is currently scheduled for August 13, 2007.
8 The parties respectfully submit that there is no need for a Case Management Conference to
9 occur before His Honor rules on ACCS' pending Motion for Stay.

10     Accordingly, the parties in the above-entitled action jointly request that the court
11 continue the Case Management Conference from August 13, 2007 at 10:00 a.m. to October 29,
12 2007 at 10:00 a.m.

13 **SO STIPULATED**.

14 Dated:  July 26, 2007      JENKINS, GOODMAN, NEUMAN & HAMILTON LLP

17 By:/s/ _____
    CHARLES D. JENKINS
    DAN D. KIM
    Attorneys for Defendant American Corrective Counseling Services, Inc.

20 Dated:  July 26, 2007      LAW OFFICES OF PAUL ARONS

22 By:/s/ _____
    PAUL ARONS
    Attorneys for Plaintiffs

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104

| | | |
|---|---|---|
| 1 | Dated: July 26, 2007 | ROSS, DIXON & BELL LLP |
| 2 | | |
| 3 | | By:/s/ |
| 4 | | TIMOTHY P. IRVING<br>Attorneys for Defendants Don Mealing, Lynn Hasney, Fundamental Performance |
| 5 | | Strategies, Fulfillment Unlimited, Inc., Fundamentals and ACCS Administration, Inc. |

**IT IS SO ORDERED**.

The Case Management Conference is continued to October 29, 2007 at 10 am. The parties shall file a joint Case Management Statement no later than __October 19, 2007_____.

Dated:__July 30, 2007_____    _____
HON. JAMES WARE, JUDGE
United States District Court

f:\docs\cdj\delcampo\pleadings\jt. req. & ord. to cont. cmc - 2.doc

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104