Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ELENA DEL CAMPO on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE KENNEDY, et al.,<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>CLASS ACTION<br><br>~~JOINT REQUEST AND~~ ORDER TO RESET HEARING ON PLAINTIFFS' MOTION TO DISPUTE ACCS CONFIDENTIALITY DESIGNATIONS AND MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS<br><br>Date: November 6, 2007<br>Time: 10:00 a.m.<br>Courtroom 5 |
| AND CONSOLIDATED ACTION | Civ. No. 03-02691 JM |

The Court has reset the hearing on Plaintiffs' Motion to Dispute Confidentiality Designations of Documents and Motion for Reasonable Attorneys' Fees and Costs, from August 21, 2007 to November 6, 2007.  To accommodate the schedule of plaintiff's counsel Paul Arons, who is unavailable both on November 6, 2007 and November 13,

STIPULATION AND ORDER TO CONTINUE HEARING ON DISCOVERY MOTIONS: Page 1

1  2007, the parties in the above-entitled action jointly request that the Court reset the
2  hearing to October 30, 2007, at 10:00 a.m.
3      **SO STIPULATED.**

4  DATED: July 31, 2007        JENKINS GOODMAN NEUMAN &
5                                     HAMILTON LLP

6
7                                     By    /s/
                                     CHARLES D. JENKINS
                                     Attorneys for Defendants
8                                       AMERICAN CORRECTIVE COUNSELING
                                     SERVICES, INC. and GEORGE KENNEDY
9

10 DATED: July 31, 2007        LAW OFFICES OF PAUL ARONS
11
12                                    By    /s/
                                     PAUL ARONS
13                                      Attorneys for Plaintiffs

14
15 DATED: July 31, 2007        ROSS, DIXON & BELL LLP

16
17                                    By    /s/
                                     TIMOTHY P. IRVING
                                     Attorneys for Defendants Don Mealing,
18                                      Lynn Hasney, Fundamental
                                     Performance Strategies, Fulfillment
19                                      Unlimited, Inc. Fundamentals and
                                     ACCS Administration, Inc.
20
21
22
23
24
25
26

STIPULATION AND ORDER TO CONTINUE HEARING ON DISCOVERY MOTIONS: Page 2

**IT IS SO ORDERED.**

 The hearing on plaintiffs' Motion to Dispute Confidentiality Designations of Documents and Motion for Reasonable Attorneys' Fees and Costs is reset to October 30, 2007, at 10:00 a.m.

DATED: August 1, 2007

*Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL,
Magistrate Judge
United States District Court