Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com


Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

(Additional counsel on signature page)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al.<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION TO ADOPT A DISCOVERY MANAGEMENT PLAN<br><br>Date: October 30, 2007<br>Time: 10:00 a.m.<br>Courtroom 5 |
| AND CONSOLIDATED ACTION | Civ. No. 03-2611 JW |

To Defendants American Corrective Counseling Services, Inc., ACCS Administration, Inc., Fundamental Performance Strategies, Don Mealing, Inc. Fundamentals, Lynn Hasney, Fulfillment Unlimited, Inc. and to their Attorneys of Record

PLEASE TAKE NOTICE that on October 30, 2007 at 10:00 a.m. or as soon

thereafter as this matter may be heard, in the United States District Court, San Jose

Division, located at 280 South First Street, San Jose, CA, before Magistrate Judge Patricia V. Trumbull, in Courtroom 5,  plaintiffs Elena del Campo, Ashorina Medina, Miriam Campos, Lisa Johnston and Lois Artz will move for an order to adopt the discovery management plan proposed by plaintiffs and attached hereto as Exhibit 1. Plaintiffs make this motion on the ground that despite reasonable efforts by the parties they have reached an impasse on agreeing to a discovery management plan.

Plaintiffs make this motion pursuant to the inherent power of this Court to regulate proceedings, to Fed.R.Civ.P. 26, to the June 21, 2002 order herein of Judge James Ware referring the parties to Magistrate Judge Patricia V. Trumbull for a discovery management plan, and to the February 1, 2006 order herein of Judge James Ware referring all discovery issues in this consolidated action to Magistrate Judge Patricia V. Trumbull.

This motion is based on this notice, the memorandum of points and authorities and the declaration of Paul Arons filed herewith, and on whatever additional evidence may be submitted.

DATED:  September 25, 2007                    LAW OFFICES OF PAUL ARONS

By s/ Paul Arons_____
PAUL ARONS
Attorneys for Plaintiffs

Additional Plaintiffs' Counsel

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

Lester A. Perry (2571)
Hoole & King
4276 South Highland Drive
Salt Lake City, Utah 84124
Telephone: (801) 272-7556
Fax: (801) 272-7557
E-mail: lap@hooleking.com

MotDiscoveryMgmtPlan.doc

Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com


Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org


Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al. on behalf of themselves and all others similarly situated, | Civ. No. 01-21151 JW |
| | CLASS ACTION |
| Plaintiffs, | DISCOVERY MANAGEMENT PLAN (proposed) |
| v. | |
| | Date:  October 30, 2007 |
| AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al. | Time: 10:00 a.m. |
| | Courtroom 5 |
| Defendants. | |
| AND CONSOLIDATED ACTION | Civ. No. 03-2611 JW |

The Court hereby approves the following Discovery Management Plan:

A.     Written discovery

To the extent it has not already done so, American Corrective Counseling

Services, Inc., [ACCS] will provide all documents it has concerning each named plaintiff,

DISCOVERY MANAGEMENT PLAN: Page 1

# EXHIBIT 1

including all computer records showing activity directed towards, and communications with, each plaintiff, and how money paid by plaintiffs was allocated and disbursed.

ACCS shall disclose the true name, last known address and phone number of any defendant who has not yet appeared in this action.

Limitations on the number of interrogatories shall be by side, and the parties agree that these limitations will be expanded where appropriate to allow full discovery.  Plaintiffs may jointly propound fifty interrogatories to each other defendant.  Defendants may jointly propound fifty interrogatories to each plaintiff. There will not be any other modifications of written discovery limitations

All parties who have not yet made Initial Disclosures shall do so within thirty days of approval of this Plan.

Plaintiffs may subpoena documents from any merchant who refers returned checks to a restitution program operated by ACCS in California, and from any California district attorney who has allowed ACCS to operate in his or her name during the relevant time period.

Plaintiffs may subpoena documents from the National District Attorneys' Association, the California Association of District Attorneys', and the American Collector's Association.


**B.    Depositions:**

Plaintiffs shall be entitled to conduct a 3 day deposition of ACCS pursuant to Fed.R.Civ.P. 30(b)(6), and a one day deposition for each other defendant, including a one day deposition of each defendant who is not a natural person, pursuant to Fed.R.Civ.P. 30(b)(6).  Plaintiffs will be allowed to conduct up to ten depositions of current or former ACCS employees who are not defendants.

Plaintiffs may conduct a deposition of any California district attorney's office which has had a contract with ACCS at any time since 1998.  Plaintiffs may conduct up to

**EXHIBIT 1**

1    seven depositions of merchants or other debt collectors who have referred dishonored

2    checks to ACCS.

3       Plaintiffs may depose a representative from the National District Attorneys'

4    Association, the California Association of District Attorneys', and the American Collector's

5    Association.

       **C.**     **Modification**

6       The parties agree that this is a preliminary plan, and that it is likely it will be

7    modified as case developments warrant.  If defendants raise any objection to class

8    certification that puts in issue the practices of a specific county's restitution program, or of

9    a specific merchant, discovery relevant to those objections, including written discovery

10   and depositions, shall be permitted, even if it exceeds a limitation on the amount of

11   discovery otherwise allowed by federal rule or by this order.

12

13   **IT IS SO ORDERED.**

14

15

16   Date:                     _____

                            Magistrate Judge Patricia V. Trumbull

17                             United States District Court

18   PlaintiffsProposedDiscoveryMgmtPlan092507 .doc

19

20

21

22

23

24

25

26

**EXHIBIT 1**