UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO et al., on behalf of themselves and all similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC. ET AL<br>                    Defendants. | Case No.: C 01-21151 JW (PVT)<br><br>**ORDER VACATING OCTOBER 30, 2007 HEARING DATE** |

      Plaintiffs currently have three motions set for hearing on October 30, 2007: Motion to De-Designate Confidential Documents; Motion for Attorneys' Fees; and Motion for Adoption of a Discovery Plan. The court finds that all three motions are suitable for adjudication on the papers. See Civ. L.R. 7-1(b). Accordingly, IT IS HEREBY ORDERED that the October 30, 2007 hearing date is VACATED and, absent further Order from the Court, the motions shall be adjudicated on the papers already submitted.

      IT IS SO ORDERED

Dated: October 25, 2007

                                      *Patricia V. Trumbull*
                                      _____
                                      PATRICIA V. TRUMBULL
                                      United States Magistrate Judge