IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Camp, et al., | NO. C 01-21151 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; NOMINATING MEDIATOR FOR SETTLEMENT PURPOSES** |
| v. | |
| American Corrective Counseling, et al., | |
| Defendants. | |

The Court conducted a Case Management Conference on October 30, 2007. Counsel for the respective parties where present. Based on the discussion with the parties, the Court orders as follows:

(1) The parties expressed an interest for further mediation in an effort to resolve the case. Defendants expressed an interest in paying for the costs. The parties asked the Court make a nomination. Accordingly, the Court nominates **Mr. George C. Fisher**[1] as the mediator for settlement purposes. Any objection to the nomination of Mr. Fisher shall be filed by **November 6, 2007**. If no objections are filed, the parties shall contact Mr. Fisher by **December 6, 2007** and schedule their initial session.

(2) A hearing on cross-motions for summary judgment on the issue of liability is scheduled for **May 5, 2008 at 9 A.M.** The parties shall notice the motions in accordance with the Civil Local Rules of the Court. In addition to e-filing the

---

[1] Mr. Fisher contact information is as follows: http://www.gfisherlaw.com; georgecfisher@gmail.com; 650 424 0821.

motions and their supporting documents, each party shall compile a three ring binder containing (1) their motion and any supporting memorandum of law; (2) the opposition memorandum to their motion; (3) their reply memorandum; and (4) any exhibits and declarations in support or opposition to the motion, which shall be clearly labeled.  The binders shall be delivered to the Court, by the way of the Clerk's office, no later than **April 18, 2007 at 2 PM (EST.)**

(3)  A Further Case Management Conference is also scheduled on **May 5, 2008 at 10 AM.**

(4)  The parties are referred to the assigned Magistrate Judge to resolve all discovery disputes.

Dated:  October 30, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles E. Perkins cperkins@jgn.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Timothy P. Irving tirving@rdblaw.com

**Dated: October 30, 2007**                    **Richard W. Wieking, Clerk**

                                             **By:   /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California