**Paul Arons, State Bar #84970**
**LAW OFFICE OF PAUL ARONS**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel: (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Deepak Gupta, D.C. Bar #495451**
**(*pro hac vice*)**
**PUBLIC CITIZEN LITIGATION GROUP**
**1600 20th Street, NW**
**Washington, DC 20009**
**Tel: (202) 588-1000**
**Fax: (202) 588-7795**
**dgupta@citizen.org**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **ELENA DEL CAMPO, et al., on behalf of themselves and all others similarly situated,** | **Civ. No. 01-21151 JW** |
| | **CLASS ACTION** |
| **Plaintiffs,** | ~~**STIPULATION AND REQUEST FOR**~~ **ORDER ALLOWING PAYMENT OF SANCTIONS AWARD TO LAW OFFICE OF PAUL ARONS** |
| **v.** | |
| **AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al.,** | AS MODIFIED BY THE COURT |
| **Defendants.** | |
| **AND CONSOLIDATED ACTION** | **Civ. No. 03-02691 JM** |

Whereas, on November 6, 2007 this Court granted, in part, plaintiffs' motion to award reasonable attorney's fees and costs as a discovery sanction against defendant American Corrective Counseling Services, Inc., ordering that "Defendants shall pay Plaintiffs $10,050. . ."; (Docket No. 430), and,

Whereas, plaintiffs' counsel has requested that payment be made to the Law Office of Paul Arons, rather than jointly to the five plaintiffs; and

STIPULATION AND ORDER RE PAYMENT OF SANCTIONS AWARD: Page 1

Whereas, defendant American Corrective Counseling Services, Inc., does not object to making payment to the Law Office of Paul Arons, but will not do so without the express authorization of this Court,

Plaintiffs and American Corrective Counseling Services, Inc., through their respective counsel, request that the Court order that American Corrective Counseling Services, Inc. may satisfy the November 6, 2007 order awarding monetary sanctions to plaintiffs by making payment to the Law Office of Paul Arons.

**SO STIPULATED.**

DATED:  December 11, 2007          JENKINS GOODMAN NEUMAN &
                                   HAMILTON LLP


                                   By_____/s/_____
                                      CHARLES D. JENKINS
                                      Attorneys for Defendants
                                      AMERICAN CORRECTIVE COUNSELING
                                      SERVICES, INC.


DATED:  December 11, 2007          LAW OFFICES OF PAUL ARONS


                                   By_____/s/_____
                                      PAUL ARONS
                                      Attorneys for Plaintiffs


**IT IS SO ORDERED.**

American Corrective Counseling Services, Inc. may satisfy the November 6, 2007 order awarding monetary sanctions to plaintiffs by making payment to the Law Office of Paul Arons on behalf of the Plaintiffs.

DATED: December 13, 2007     _Patricia V. Trumbull_____
                             Magistrate Judge Patricia V. Trumbull
                             United States District Court