IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CORRECTIVE COUNSELING SERVICES, INC. ET AL., <br><br> Defendants. | No. C-01-21151 JW (PVT) <br><br> **SUPPLEMENTAL ORDER RE PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

On February 12, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a continued hearing on Plaintiffs' motion to compel discovery.[1] On February 12, 2008, the court issued its Order with regards to document production request nos. 14, 15, 41 and Plaintiffs' motion for attorneys fees and expenses. On February 13, 2008, Plaintiffs' counsel called chambers staff and stated that the order lacked a discovery deadline with regards to Plaintiffs' remaining interrogatories and document production requests.[2] While the court recognizes that Plaintiffs' counsel should have

---

[1] The holding of this Court is limited to the facts and the particular circumstances underlying the present motion.

[2] The Court directs Plaintiffs' counsel to review Civil Local Rules, Rule 11-4(c), which prohibits counsel from engaging in ex parte communication with the court without prior notice to opposing counsel.

sought leave for reconsideration, the court notes that it has discretion to reconsider its prior, non-final decisions. *See Pyramid Lake Paiute Tribe of Indians v. Hodel,* 882 F.2d 364, 369 n. 5 (9th Cir.1989). As this matter was briefed, and argued by the parties on February 12, 2008, the court hereby supplements its February 12, 2008 Order,

    IT IS FURTHER ORDERED that Defendant American Corrective Counseling Services, Inc., shall produce the remaining interrogatories and document production requests in Plaintiffs' First Set of Interrogatories and First Request for Production of Documents no later than March 14, 2008.

Dated: *2/14/08*

                                                           PATRICIA V. TRUMBULL
                                                           United States Magistrate Judge