```
Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com


Deepak Gupta, D.C. Bar #495451
(pro hac vice)
PUBLIC CITIZEN LITIGATION
GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, ASHORINA MEDINA, MIRIAM CAMPOS, LOIS ARTZ and LISA JOHNSTON, on behalf of themselves and others similarly situated,<br><br>v.<br><br>DON R. MEALING, AMERICAN CORRECTIVE COUNSELING SERVICES, INC., FUNDAMENTALS FULFILLMENT UNLIMITED, INC., FUNDAMENTAL PERFORMANCE STRATEGIES, ACCS ADMINISTRATION, INC., LYNN R. HASNEY, MR.GREEN, R.D. DAVIS, MRS. LOPES, MR. KRAMER, Does 1 through 20, | Civ. 5:01-CV-21151 JW<br>Civ. 5:03-CV-02611 JW<br><br>CLASS ACTION<br><br>JOINT REQUEST TO EXTEND STIPULATED PROTECTIVE ORDER TO COVER INFORMATION AND DOCUMENTS PRODUCED BY NON-PARTY WALMART, INC. |

WHEREAS, plaintiffs in the above-entitled action have served upon non-party Walmart, Inc., a subpoena for the production of documents, and for a deposition pursuant to Fed.R.Civ.P.

1

1  30(b)96); and,

2  WHEREAS, Walmart, Inc. contends that some of the documents and information sought
3  constitute confidential information which should not be publicly disclosed; and,

4  WHEREAS, the parties in this action have previously agreed to a Stipulated Protective
5  Order, which was entered by this Court on January 3, 2007, (Docket No. 290), which sets forth
6  comprehensive procedures for handling confidential information and documents, and which
7  Walmart, Inc. and the plaintiffs believe adequately address Walmart, Inc.'s concerns in
8  responding to the subpoena served by plaintiffs,

9  NOW, WHEREFORE, plaintiffs and Walmart, Inc. agree that the previously entered
10 Stipulated Protective Order should be extended to cover Walmart, Inc.'s responses to discovery
11 in the above-entitled action.

12 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

13 DATED: February 20, 2008

14
15 By: _____
16 Attorneys for Non-Party Walmart, Inc.

17 DATED: February 20, 2008            LAW OFFICES OF PAUL ARONS

18
19 By : _____/s/ Paul Arons_____
    Paul Arons
20 685 Spring Street, # 104
    Friday Harbor, WA 98250
21 Tel: 360-378-6496
    Fax: 360-378-6498
22 lopa@rockisland.com
    Attorney for Plaintiffs
23

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25
   DATED:   February 21, 2008        _____
26                                    Hon. Patricia V. Trumbull
27                                    United States Magistrate Judge

28

2

**STIPULATED PROTECTIVE ORDER**
Civ. 01-CV-21151 JW
Civ. 03-CV-02611 JW

## PROOF OF SERVICE BY MAIL

I, the undersigned, state that I am a citizen of the United States eighteen years old or older, I am not a party to this lawsuit, my business address is 685 Spring St., #104, Friday Harbor, WA 98250.

On February 20, 2008, I served a copy of:

**JOINT REQUEST TO EXTEND STIPULATED PROTECTIVE ORDER TO COVER INFORMATION AND DOCUMENTS PRODUCED BY NON-PARTY WALMART, INC.**

on the parties herein by depositing said documents in the mail in a sealed envelope with the postage thereon fully prepaid, addressed as follows:

Marshal S. Ney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
5414 Pinnacle Point Dr., Ste. 500,
Rogers, AR 72758-8131

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration is executed in Friday Harbor, Washington, on February 20, 2008.

          s/Paul Arons
          PAUL ARONS