IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| American Corrective Counseling Services, et al., | |
| Defendants. | |

The Court held a case management conference on March 10, 2008. Counsel for the respective parties were present. The parties raised several issues relating to summary judgment and class certification. In light the discussion at the conference, the Court orders as follows:

(1) On or before **April 11, 2008**, Plaintiff shall file and serve a statement of the factual and legal basis for its anticipated Motion for Summary Judgment. Defendants shall file and serve their objections, if any, on or before **May 2, 2008**.

(2) The parties shall appear for a further Case Management Conference on **May 5, 2008 at 10 a.m**. In accordance with the Civil Local Rules of Court, the parties shall meet and confer and submit a Joint Case Management statement on or before **April 25, 2008.**

(3) The hearing on Plaintiffs' anticipated Motion for Class Certification is specially set for **June 13, 2008 at 1 P.M.** The parties shall adhere to the briefing schedule as set forth in the Civil Local Rules of Court.

Dated: March 14, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles Edward Perkins cperkins@jgn.com
Craig Ellsworth Stewart cestewart@jonesday.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Lester A. Perry lap@hooleking.com
Martha A. Boersch mboersch@jonesday.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Shawn Marie Harpen sharpen@jonesday.com
Timothy P. Irving tirving@rdblaw.com

**Dated: March 14, 2008**             **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**