UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ELENA DEL CAMPO, et al., | ) | Case No.: C 01-21151 JW (PVT) |
| Plaintiffs, | ) ) | **ORDER RE DEFENDANT AMERICAN CORRECTIVE COUNSELING** |
| v. | ) ) | **SERVICES, INC.'S REQUEST FOR** |
| AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al., | ) ) ) | **TELEPHONIC DISCOVERY CONFERENCE** |
| Defendants. | ) ) | |

On March 21, 2008, defendant American Corrective Counseling Services, Inc. ("ACCS") requested a telephonic discovery conference with the court. In support of its request, defendant ACCS stated that certain documents sought by the plaintiffs may no longer exist and the matter was being brought to the court's attention on a "proactive basis." Defendant ACCS further states that its document retention investigation will be completed in or around a week and that a full report would be provided to the court thereafter.

In light of their pending investigation and report, defendant ACCS's discovery conference shall be held on April 8, 2008 at 10AM. The parties are scheduled to appear on that date for plaintiffs' motion to intervene and modify the January 3, 2007 protective order.

IT IS SO ORDERED.

Dated: *March 25, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*