United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena M. Del Campo, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>American Corrective Counseling Services Inc., et al.,<br><br>　　　　Defendants.　　　　　　　　　　／ | NO. C 01-21151 JW<br>Consolidated Case: C 03-2611-JW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

　　　　In light of the Court's February 1, 2006 Order Granting Plaintiffs' Motion to Consolidate Actions and Denying Plaintiffs Leave to File Consolidated Complaint Without Prejudice (docket item no. 161), the Court orders member case C 03-2611-JW administrative closed.

Dated: March 31, 2008

　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles Edward Perkins cperkins@jgn.com
Craig Ellsworth Stewart cestewart@jonesday.com
Dan D. Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Lester A. Perry lap@hooleking.com
Martha A. Boersch mboersch@jonesday.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Robert Allan Mittelstaedt ramittelstaedt@jonesday.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Shawn Marie Harpen sharpen@jonesday.com
Timothy P. Irving tirving@rdblaw.com

**Dated: March 31, 2008**               **Richard W. Wieking, Clerk**

                                         **By:  /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California