UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, ET AL., )<br>)<br>           Plaintiffs, )<br>)<br>  v. )<br>)<br>AMERICAN CORRECTIVE )<br>COUNSELING SERVICES, INC., ET AL., )<br>)<br>           Defendants. )<br>_____ ) | Case No.: C 01-21151 JW (PVT)<br><br>**AMENDED ORDER GRANTING PLAINTIFFS' AND NON-PARTY CERTEGY PAYMENT RECOVERY SERVICES, INC.'S ADMINISTRATIVE MOTION FOR SEALING ORDER** |

On April 18, 2008, plaintiffs filed a motion to seal certain documents lodged with the court. Having read the papers and considered the arguments of counsel, the court granted plaintiffs' motion and ordered that the following documents be filed under seal: (1) documents pertaining to an agreement between defendant American Corrective Counseling Services, Inc. and non-party Certegy, Inc.; (2) an agency due diligence checklist; and (3) miscellaneous emails.

On April 23, 2008, non-party Certegy Payment Recovery Services, Inc. joined plaintiffs' motion to seal the documents identified above with the exception of one email from Bill Dimas dated February 21, 2006 containing a Washington Post article titled, "Counties Sending Check Bouncers to School." ("February 21, 2006 email"). Based on the above,

IT IS HEREBY ORDERED that documents, which have been lodged with the court on or

about April 18, 2008, shall be filed under seal with the exception of the February 21 email.[1]

IT IS SO ORDERED.

Dated:   *May 1, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 2*