Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel: (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, ASHORINA MEDINA, MIRIAM CAMPOS, LOIS ARTZ and LISA JOHNSTON, on behalf of themselves and others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>DON R. MEALING, AMERICAN CORRECTIVE COUNSELING SERVICES, INC., FUNDAMENTALS FULFILLMENT UNLIMITED, INC., FUNDAMENTAL PERFORMANCE STRATEGIES, ACCS ADMINISTRATION, INC., LYNN R. HASNEY, MR. GREEN, R.D. DAVIS, MRS. LOPES, MR. KRAMER, Does 1 through 20,<br>Defendants. | Civ. 5:01-CV-21151 JW<br>Civ. 5:03-CV-02611 JW<br><br>CLASS ACTION<br><br>JOINT REQUEST TO EXTEND STIPULATED PROTECTIVE ORDER TO COVER INFORMATION AND DOCUMENTS PRODUCED BY NON-PARTY TELECHECK, INC. |

WHEREAS, plaintiffs in the above-entitled action have served upon non-party First Data Corporation, a subpoena for the production of documents, and,

WHEREAS, First Data Corporation contends that one of the documents in its possession

1

responsive to the subpoena, entitled: "First Data Business Requirements Document For Wal-Mart Paper TRS - Forward Out Process, March16, 2006," constitutes confidential information which should not be publicly disclosed; and,

WHEREAS, the parties in this action have previously agreed to a Stipulated Protective Order, which was entered by this Court on January 3, 2007, (Docket No. 290), which sets forth comprehensive procedures for handling confidential information produced in this case,

NOW, WHEREFORE, plaintiffs and First Data Corporation agree that the previously entered Stipulated Protective Order shall be extended to cover the above referenced document being produced by First Data Corporation, and said document shall be treated as confidential by all parties in this case in accordance with the terms of the Stipulated Protective Order. .

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 5, 2008

By: /s/ Paul S. Francis
Paul S. Francis
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002
(713) 646-1334
Attorney for Non-Party First Data Corporation

DATED: May 5, 2008          LAW OFFICES OF PAUL ARONS

By : _____/s/ Paul Arons_____
Paul Arons
685 Spring Street, # 104
Friday Harbor, WA 98250
Tel: 360-378-6496
Fax: 360-378-6498
lopa@rockisland.com
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 5, 2008          /s/ Patricia V. Trumbull
Hon. Patricia V. Trumbull
United States Magistrate Judge

2

## PROOF OF SERVICE BY MAIL

I, the undersigned, state that I am a citizen of the United States eighteen years old or older, I am not a party to this lawsuit, my business address is 685 Spring St., #104, Friday Harbor, WA 98250.

On May 5, 2008, I served a copy of:

**JOINT REQUEST TO EXTEND STIPULATED PROTECTIVE ORDER TO COVER INFORMATION AND DOCUMENTS PRODUCED BY NON-PARTY FIRST DATA CORPORATION**

on the parties herein by depositing said documents in the mail in a sealed envelope with the postage thereon fully prepaid, addressed as follows:

Paul S. Francis
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration is executed in Friday Harbor, Washington, on May 5, 2008.

_s/ Paul Arons_____
PAUL ARONS