UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, ET AL., ) | Case No.: C 01-21151 JW (PVT) |
| Plaintiff, ) | **INTERIM ORDER RE LODGING OF CERTAIN DOCUMENTS SPECIFIED IN PLAINTIFFS' MOTION DISPUTING CONFIDENTIALITY DESIGNATIONS OF CERTEGY, INC.** |
| v. ) | |
| AMERICAN CORRECTIVE COUNSELING SERVICES, INC., ET AL ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that Non-Party Certegy, Inc., shall lodge with the Court the e-mail messages set forth in Certegy's Declaration of Bill Jacobs in Opposition to Plaintiff's Motion to Dispute Confidentiality Designations: Email(a), sent September 21, 2005, at 7:49AM; Email(b), sent June 12, 2006, at 11:28AM; Email(c), sent September 14, 2005, at 7:51AM; Email(d), sent September 13, 2006, at 2:37PM; Email(e), February 21, 2006, at 12:41PM; Email(f), sent January 10, 2005, at 10:14AM; and Email(g), sent January 6, 2005, at 6:44AM.

The above-specified documents shall be lodged with the Court no later than 12:00PM on Monday, June 16, 2008.

*Dated: June 13, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*