UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERICAN CORRECTIVE<br>COUNSELING SERVICES, et al.,<br><br>        Defendants. | Case No.: C 01-21151 JW (PVT)<br><br>**ORDER RE MID-DEPOSITION DISPUTES** |

On July 29, 2008 and July 30, 2008, the parties contacted the court regarding disputes that had arisen during the depositions of plaintiffs Elena del Campo and Ashorina Medina.[1] Based on the arguments presented,

IT IS HEREBY ORDERED that defendants' request to inquire into whether plaintiff Elena del Campo had ever been terminated from past employment for financial misconduct or fraud is denied;

IT IS FURTHER ORDERED that the parties may brief whether defendants may inquire into plaintiff Elena del Campo's pattern and practice of writing checks given the scope and the rulings of the district court in the June 12, 2008 Order. *See* Order Sustaining in Part Plaintiffs'

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 Objection to Order to Compel. ("June 12, 2008 Order"). The parties shall meet and confer on a
2 briefing schedule and hearing date;

3     IT IS FURTHER ORDERED that defendants' request to inquire into plaintiff Ashorina
4 Medina's arrest for credit card fraud and the *nolo contendere* plea in the misdemeanor case in
5 Santa Clara County is granted in part and denied in part. Defendants may inquire into the *nolo*
6 *contendere* plea in the misdemeanor case in Santa Clara County. However, defendants may not
7 inquire into any of the specific details contained in the police report attendant to the
8 misdemeanor case.

9     IT IS SO ORDERED.

10 Dated:   *July 31, 2008*

11 _____
   PATRICIA V. TRUMBULL
12 United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*