**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' IMPLIED MOTION TO BIFURCATE CLASS CERTIFICATION; DIRECTING PLAINTIFFS TO FILE SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23(b)(3)** |
| v. | |
| American Corrective Counseling Services, Inc, et al., | |
| Defendants. | |

On September 15, 2008, the Court held a hearing on Plaintiffs' Amended Motion for Class Certification. The Court raised an issue with respect to the absence of a Fed. R. Civ. P. 23(b)(3) damages class in Plaintiffs' Motion. Plaintiffs contend that the reason Plaintiffs did not move to certify a damages class was because there is a possibility that Defendants may not be able to pay any potential judgment. The Court construed Plaintiffs' statement as an implied motion to bifurcate class certification. The Court took the matter under submission.

Upon consideration, the Court DENIES Plaintiffs' implied motion to bifurcate class certification between liability, and injunctive and declaratory relief under Rule 23(b)(2) and damages under Rule 23(b)(3). Fed. R. Civ. P. 23(b)(2-3). The Court finds Plaintiffs' contention regarding whether Defendants may or may not be able to pay too speculative and insufficient to certify the class at two separate periods; judicial economy weighs in favor of completing the certification all at once rather than the piecemeal approach proposed by Plaintiffs.

Thus, in light of the fact that Plaintiffs have not moved for class certification under Rule 23(b)(3), the Court gives Plaintiffs an opportunity to file a Supplemental Motion for Class Certification, in which Plaintiffs may move to certify a Rule 23(b)(3) damages class to be considered alongside Plaintiffs' pending Motion for class certification under Rule 23(b)(2).

Accordingly, the Court sets an expedited briefing schedule for the issue of Plaintiffs' putative 23(b)(3) damages class as follows:

(1) On or before **September 26, 2008**, Plaintiffs shall file and serve their Supplemental Motion for Class Certification to include, if any, a damages class under Rule 23(b)(3);

(2) Defendants' Opposition, if any, shall be filed and served on or before **October 3, 2008**;

(3) Plaintiffs' Reply, if any, shall be filed and served on or before **October 8, 2008**.

The Court will take the matter under submission without oral argument.

Dated: September 19, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles Edward Perkins cperkins@jgn.com
Dan Day Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Lester A. Perry lap@hooleking.com
Martha A. Boersch mboersch@jonesday.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Susan L. Germaise sgermaise@mcguirewoods.com
Timothy P. Irving tirving@rdblaw.com

Dated:  September 19, 2008                    Richard W. Wieking, Clerk

                                              By:  /s/ JW Chambers
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California