1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Elena del Campo, et al.,

    Plaintiffs,

  v.

American Corrective Counseling Services, Inc., et al.,

    Defendants.

_____/

NO. C 01-21151 JW

**ORDER DIRECTING PLAINTIFFS TO FILE STATEMENT OF CLARIFICATION RE: CLASS DEFINITION**

The Court has taken under submission Plaintiffs' Amended Motion for Class Certification (hereafter, "Amended Motion," Docket Item No. 643) and Plaintiffs' Supplemental Motion for Class Certification (hereafter, "Supplemental Motion," Docket Item No. 684).

In reviewing Plaintiffs' motions, the Court has observed a discrepancy between the sub-classes Plaintiffs move to certify in the Amended Motion and those Plaintiffs seek to certify in the Supplemental Motion. Specifically, the Amended Motion describes four subclasses, including a "Misrepresentation Class," which Plaintiffs define as "[a]ll members of the Umbrella Class from whom ACCS collected money after December 11, 1999." (Amended Motion at 3.) The Amended Motion also describes a "Bank Records Class," which consists of "[a]ll members of the Umbrella Class whose bank records ACCS obtained after October 8, 2000." (Id.)

The Supplemental Motion, however, only describes three sub-classes and omits the "Misrepresentation Class." (Supplemental Motion at 2-3.) In addition, the Supplemental Motion redefines the operative starting date of the "Bank Records Class" to be December 11, 1999, which

1  had been the date associated with the "Misrepresentation Class" in the Amended Motion.  (Id. at 3.)

2  Nonetheless, the Supplemental Motion later refers to "subclasses one through four."  (Id. at 10.)

3          The Court directs Plaintiffs to file a statement of clarification with the Court on or before

4  **October 31, 2008.**[1]  In this statement, Plaintiffs shall clearly articulate the definitions of their

5  proposed Umbrella Class and any associated subclasses.

6

7  Dated:  October 29, 2008                                            _____

8                                                                                      JAMES WARE
                                                                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26          [1]  The Court does not seek any responsive papers from Defendants on this issue because the
Court treats the discrepancy as a clerical error.  In addition, given that both Plaintiffs' Amended
27  Motion and Plaintiffs' Supplemental Motion are still operative, the Court finds that Defendants have
had an opportunity to raise objections to the subclass at issue.

28                                                              2

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Charles D. Jenkins cjenkins@jgn.com
     Charles Edward Perkins cperkins@jgn.com

3    Dan Day Kim dkim@jgn.com
     David L. Hartsell dhartsell@mcguirewoods.com

4    Deepak Gupta dgupta@citizen.org
     Eric Neil Landau elandau@jonesday.com

5    Lester A. Perry lap@hooleking.com
     Martha A. Boersch mboersch@jonesday.com

6    Natalie P. Vance nvance@klinedinstlaw.com
     O. Randolph Bragg rand@horwitzlaw.com

7    Paul Arons lopa@rockisland.com
     Ronald Wilcox ronaldwilcox@post.harvard.edu

8    Susan L. Germaise sgermaise@mcguirewoods.com
     Timothy P. Irving tirving@rdblaw.com

9

10

11   **Dated:  October 29, 2008**                                **Richard W. Wieking, Clerk**

12

13                                                               **By:___/s/ JW Chambers_____**

14                                                                      **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California