UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC. et al.,<br><br>    Defendants. | Civ. No. 01-21151 JW<br>[Consolidated with Civ. No. 03-02611 JW]<br><br>[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF ROSS, DIXON & BELL, LLP AS COUNSEL OF RECORD FOR DEFENDANTS DON R. MEALING; LYNN R. HASNEY; INC FUNDAMENTALS; FULFILLMENT UNLIMITED, INC.; ACCS ADMINISTRATION, INC.; AND FUNDAMENTAL PERFORMANCE STRATEGIES, INC. PURSUANT TO LOCAL RULE 11-5 |

656140 v 1

1

Civ. No. 01-21151 JW

[PROPOSED] ORDER PERMITTING WITHDRAWAL

1   Presently before the Court is a Notice of Withdrawal by Ross, Dixon & Bell, LLP.

2   Having considered the Notice to Defendants Don R. Mealing; Lynn R. Hasney; Inc.

3   Fundamentals; Fulfillment Unlimited, Inc.; ACCS Administration, Inc.; and Fundamental

4   Performance Strategies, Inc. (collectively "the Non-ACCS Defendants") and all parties who have

5   appeared in the case, the Court hereby ORDERS that Ross, Dixon & Bell be permitted to

6   withdraw as counsel of record for the Non-ACCS Defendants pursuant to Local Rule 11-5.

7   IT IS SO ORDERED

8

9   Dated: __December 30, 2008__        _____
                                          HON. JAMES WARE
10                                        United States District Judge

Ross, Dixon & Bell, LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599

656140 v 1

2

[PROPOSED] ORDER PERMITTING WITHDRAWAL