IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>American Corrective Counseling Serv., et al.,<br><br>    Defendants.<br>_____/ | NO. C 01-21151 JW<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE; DENYING MOTION FOR LEAVE TO FILE EXTENDED BRIEF AS MOOT** |

Presently before the Court is Plaintiffs' Motion For Leave to File an Overlength Brief in support of their anticipated Motion for Partial Summary Judgment against Defendant American Corrective Counseling Services, Inc. ("ACCS"). (See Docket Item No. 722.) Plaintiffs seek leave to file a thirty-five page brief. Also before the Court is ACCS notice regarding an automatic stay in light of its filing of Chapter 11 Bankruptcy on January 19, 2009. (See Docket Item No. 724.) Pursuant to 11 U.S.C. § 362(a), proceedings in this matter against ACCS is subject to an automatic stay.

Since there are multiple parties in this case, the Court finds that the best course of action is to conduct a Case Management Conference. Accordingly, the Court orders as follows:

    (1)    The parties shall appear for a Case Management Conference on **February 9, 2009 at 10:00 a.m.** On or before **January 30, 2009**, the parties shall file a Case Management Statement. The Statement shall include the parties' position with respect to the effect of an automatic stay as to ACCS on the advancement of this case.

(2) In light of this Order, the Court STAYS all deadlines and DENIES Plaintiffs' Motion for extension of page limit as moot.

Dated: January 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles Edward Perkins cperkins@jgn.com
Dan Day Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Hugh Tabor Verano hverano@verano-verano.com
Hugh Tabor Verano hverano@verano-verano.com
Lester A. Perry lap@hooleking.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com
Susan L. Germaise sgermaise@mcguirewoods.com

**Dated: January 23, 2009**                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**