IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Amer. Corrective Counseling Serv., et al., | |
| Defendants. | |

On February 9, 2009, the Court conducted a Case Management Conference. Counsel for the parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) On **March 16, 2009 at 9 a.m.**, the Court will conduct a hearing on the non-debtor Defendants' anticipated motion to stay this entire action in light of ACCS's bankruptcy filing;

(2) On or before **February 23, 2009**, the non-debtor Defendants shall file and serve their Motion;

(3) On or before March 2, 2009, Plaintiffs shall file and serve their Opposition;

(4) On or before **March 5, 2009**, the non-debtor Defendants shall file and serve their Reply.

Dated: February 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles D. Jenkins cjenkins@jgn.com
Charles Edward Perkins cperkins@jgn.com
Dan Day Kim dkim@jgn.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Hugh Tabor Verano hverano@verano-verano.com
Hugh Tabor Verano hverano@verano-verano.com
Lester A. Perry lap@hooleking.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lblawllp.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com
Susan L. Germaise sgermaise@mcguirewoods.com

**Dated: February 10, 2009**                    **Richard W. Wieking, Clerk**

                                                      **By:      /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California