**Paul Arons, State Bar #84970**
**Sharon Grace, State Bar #83527**
**LAW OFFICE OF PAUL ARONS**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel: (360) 378-6496**
**Fax: (360) 378-6498**
**lopa@rockisland.com**

**Deepak Gupta, D.C. Bar #495451**
(*pro hac vice*)
**PUBLIC CITIZEN LITIGATION GROUP**
**1600 20th Street, NW**
**Washington, DC 20009**
**Tel: (202) 588-1000**
**Fax: (202) 588-7795**
**dgupta@citizen.org**

**(Additional counsel on signature page)**

**Attorneys for Plaintiffs**

[STAMP: DENIED WITHOUT PREJUDICE — /s/ James Ware — Judge James Ware]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al.<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF** |
| AND CONSOLIDATED ACTION | Civ. No. 03-2611 JW |

**To Defendants and to their Attorneys of Record**

    PLEASE TAKE NOTICE that plaintiffs are filing this administrative motion for leave to file a Motion for Partial Summary Judgment and Injunction Against American

Corrective Counseling Services, Inc. which is thirty-five pages in length, exclusive of cover, tables and signatures.

In support of this motion plaintiffs state that in their motion they are dealing with issue of coverage and liability under the Fair Debt Collection Practices Act, the California Unfair Business Practices Act, and the right of privacy under the California Constitution, and whether a permanent injunction should issue, prohibiting defendant from continuing to engage in any conduct that this Court determines is unlawful. It is not possible to adequately address these matters in twenty-five pages. In actions against this same defendant in Indiana, *Hamilton v. ACCS*, and Florida, *Rosario v. ACCS*, plaintiffs filed summary judgment motions and memoranda of similar length. Plaintiffs conducted counsel for defendants to seek their agreement to file a thirty-five page brief. Counsel for ACCS stated that although ACCS objected to plaintiffs' filing this motion, ACCS would not object to the length of the brief. Counsel did not explain the basis for the objection. Counsel for the other defendants did not respond.

WHEREFORE, plaintiffs respectfully request that their motion be granted, and that they be permitted to file a thirty-five page brief, exclusive of cover, tables and signatures.

DATED: January 15, 2009                     LAW OFFICES OF PAUL ARONS

                                            By s/ Paul Arons
                                                PAUL ARONS
                                                SHARON GRACE
                                                Attorneys for Plaintiffs

Additional Plaintiffs' Counsel

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

Lester A. Perry (2571)
Hoole & King
4276 South Highland Drive
Salt Lake City, Utah 84124
Telephone: (801) 272-7556
Fax: (801) 272-7557
E-mail: lap@hooleking.com

Admin Mot Overlenght Brief  011509

*** ORDER ***

In light of the procedural posture of the case, the Court DENIES this request as premature and without prejudice to be renewed once and if the Court sets a schedule for Plaintiffs' Motion for Summary Judgment.

Dated:  February 20, 2009

_____
JAMES WARE
United States District Judge