| | |
|---|---|
| 1 | CHARLES D. JENKINS - SBN 114897 |
| | DAN D. KIM - SBN 212577 |
| 2 | JENKINS GOODMAN NEUMAN & HAMILTON LLP |
| | 417 Montgomery Street, 10th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: 415-705-0400 |
| 4 | Facsimile: 415-705-0411 |
| 5 | DAVID L. HARTSELL |
| | MCGUIREWOODS LLP |
| 6 | 77 W. Wacker Drive, Suite 4100 |
| | Chicago, IL 60601 |
| 7 | Telephone: 312-849-8100 |
| | Facsimile: 312-849-3690 |
| 8 | |
| | SUSAN L. GERMAISE – SBN 176595 |
| 9 | MCGUIREWOODS LLP |
| | 1800 Century Park East, 8th Floor |
| 10 | Los Angeles, CA 90067 |
| | Telephone: 310-315-8200 |
| 11 | Facsimile: 310-315-8210 |

IT IS SO ORDERED
Judge James Ware
5/20/2009

Attorneys for Defendant
AMERICAN CORRECTIVE COUNSELING
SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| ELENA DEL CAMPO, et al. | No. C 01-21151 JW PVT |
| Plaintiffs, | |
| vs. | **STIPULATION IN SUPPORT OF NOTICE OF WITHDRAWAL AND REQUEST FOR AN ORDER PERMITTING WITHDRAWAL OF JENKINS GOODMAN NEUMAN & HAMILTON LLP AS COUNSEL OF RECORD FOR BANKRUPT DEFENDANT AMERICAN CORRECTIVE COUNSELING SERVICES, INC. PURSUANT TO LOCAL 11-5** |
| AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al. | |
| Defendants. | |

Plaintiff Elena del Campo and other similarly situated consumers ("Plaintiffs"), Defendant American Corrective Counseling Services, Inc. ("Defendant ACCS"), and

1

STIPULATION IN SUPPORT OF WITHDRAWL
C 01 21151 JW

Defendants Don R. Mealing; Lynn R. Hasney; Fulfillment Unlimited, Inc.; Fundamental Strategies and ACCS Administration, Inc. ("Mealing Defendants"), collectively referred to herein as the "Parties", through their counsel, hereby stipulate as follows:

1. Charles D. Jenkins ("Mr. Jenkins") and Dan Day Kim ("Mr. Kim") are affiliated with Jenkins Goodman Neuman & Hamilton LLP ("JGNH"), which with other counsel, currently serves as counsel of record for Defendant ACCS in the above entitled action ("subject action"). JGNH, including Messrs. Jenkins and Kim, has represented Defendant ACCS since 2002. Throughout this period of representation, Mr. Kim has always been associated with JGNH and has never represented any party in the subject action independent of his association with JGNH.

2. Paul Arons of the Law Offices of Paul Arons ("Mr. Arons"), among other counsel, currently represents Plaintiffs in the subject action.

3. Hugh Verano of Verano & Verano ("Mr. Verano") currently represents the Mealing Defendants in the subject action. Mr. Verano first appeared as counsel of record on or about December 8, 2008. At that time Mr. Verano appeared for the Mealing Defendants only and substituted in for the Mealing Defendants' former counsel, Ross Dixon & Bell by Timothy Irving and Lindsey Reese. Mr. Verano has never and does not currently represent Defendant ACCS in this action.

4. On or about January 19, 2009, Defendant ACCS filed for bankruptcy in the Delaware Bankruptcy Court. JGNH, including Messrs. Jenkins and Kim, have sought to withdraw as counsel of record for Defendant ACCS as set forth in the Notice of Withdrawal And Request For An Order Permitting Withdrawal Of Jenkins Goodman Neuman & Hamilton LLP As Counsel Of Record Pursuant To Local Rule 11-5 ("Notice and Request"), filed on or about May 4, 2009 (Document No. 752).

5. Following said filing, it has come to the Parties' attention that the Court's

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

2
STIPULATION IN SUPPORT OF WITHDRAWL
C 01 21151 JW

1  record inadvertently contains various inaccuracies concerning the representation of certain
2  parties; more specifically, what parties are currently represented by JGNH, including
3  Messrs. Jenkins and Kim.  It is necessary for the Parties to clarify for the Court JGNH's
4  current representation in order for the Court to rule on JGNH's Notice and Request.  This
5  stipulation is designed for that purpose.

6      6.     The Parties are clear in their understanding and represent to this Court that:

7      a.     Former Defendant Bruce Raye, the individual, is no longer a
8  defendant in the subject action.  Plaintiffs did not name Mr. Raye as a defendant in
9  either of the Consolidated Complaints, filed on May 1, 2006 (Document No. 196) or
10 on December 12, 2006 (Document No. 283).  Accordingly, JGNH is not counsel of
11 record for Mr. Raye and need not seek permission to withdraw from said
12 representation at this time.

13      b.     JGNH, including Messrs. Jenkins and Kim, do not currently represent
14 any of the Mealing Defendants.  JGNH, including Messrs. Jenkins and Kim,
15 currently only represents Defendant ACCS in the subject action.  Accordingly, in
16 seeking permission to withdraw from representing any party in the subject action, it
17 is only from representation of Defendant ACCS that JGNH, including Messrs.
18 Jenkins and Kim, must seek permission form this Court to withdraw as counsel of
19 record.

20      7.     Counsel for Plaintiffs and counsel for the Mealing Defendants do not object
21 to the withdrawal of JGNH, including Messrs. Jenkins and Kim, from its representation of
22 Defendant JGNH. Said withdrawal only impacts bankrupt Defendant ACCS, which is still
23 represented by McGuire Woods, LLP, and does not otherwise disturb the representation of

25 / / /

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

3
STIPULATION IN SUPPORT OF WITHDRAWL
C 01 21151 JW

1  any of the other parties in the subject action.

2  SO STIPULATED:

3

4                                                          The Law Offices of Paul Arons

5  Date:  May 15, 2009                          By:      /s Paul Arons___
                                                         Paul Arons
6

7                                                          Verano & Verano

8

9  Date:  May 15, 2009                          By:      /s Hugh Verano____
                                                         Hugh Verano
10

11

12 Date:  May 15, 2009                          Jenkins Goodman Neuman & Hamilton LLP

13

14                                                By:  __/s Charles D. Jenkins
                                                        Charles D. Jenkins
15

16 f:\docs\cdj\delcampo\motions\motion to withdraw\stipulation withdraw.doc

17

18 **IT IS SO ORDERED:**

19 The Court GRANTS the Stipulation.  The Motion to Withdraw (Docket Item No. 52) is found a MOOT.

20
   Dated: May 20, 2009                          _____
21                                                United States District Judge

22

23

24

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

25

26
                                          4
                      STIPULATION IN SUPPORT OF WITHDRAWL
                                   C 01 21151 JW