IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena del Campo, et al., | No. C 01-21151 JW |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| Don Mealing, et al., | |
| Defendants. / | |

This case is scheduled for a Case Management Conference on November 16, 2009. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 774.) In light of the parties' joint submission, the Court finds that it can set a schedule for the case without the necessity of a conference at this time. Accordingly, the Court VACATES the Case Management Conference and Orders as follows:

(1) The parties shall appear for a hearing on their anticipated cross-motions for summary judgment on **March 15, 2010 at 9 a.m.** The parties shall notice their motions in accordance with the Civil Local Rules of this Court.

(2) Pursuant to the parties' request, the Court modifies the page limit for the opening brief to thirty pages. The page limits for the Opposition and Reply briefs shall remain unchanged, pursuant to Civ. L.R. 7-3.

(3) On or before **December 7, 2009**, the parties shall jointly file a proposed class notice. To the extent that the parties cannot agree on the form and content of the class notice, each party shall submit a separate proposed class notice, and the Court will compose an appropriate class notice.

Dated: November 12, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Hugh Tabor Verano hverano@verano-verano.com
Hugh Tabor Verano hverano@verano-verano.com
Lester A. Perry lap@hooleking.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lblawllp.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com

**Dated: November 12, 2009**        **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California

3