1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, ET AL.,  ) | Case No.: C 01-21151 JW (PVT) |
|                            ) | |
|            Plaintiffs,      ) | **ORDER VACATING MARCH 5, 2010** |
|                            ) | **ORDER; ORDER SETTING FURTHER** |
|      v.                     ) | **BRIEFING SCHEDULE** |
|                            ) | |
| AMERICAN CORRECTIVE         ) | **[Docket Nos. 849, 856]** |
| COUNSELING SERVICES, INC., ET AL., ) | |
|                            ) | |
|            Defendants.      ) | |
| _____ ) | |

On January 20, 2010, plaintiffs Christine Smith, Ashley Henderson, Lois Artz and Jana
Sperling in an unrelated action, entitled *Christine Smith, et al. v. Levine Leichtman Partners, Inc., et
al.,* Case No. 10-0010 JSW (N.D. Cal.), moved to intervene and to modify the January 3, 2007
stipulated protective order in the above-captioned action. *See* Plaintiffs' Motion to Intervene and to
Modify the January 3, 2007 Stipulated Protective Order.  (Docket No. 786).

On January 22, 2010, plaintiffs Elena del Campo, Ashorina Medina and Lisa Johnston's
administrative motion to relate the two cases was denied.  *See* Order Denying Administrative
Motion to Relate Cases dated January 22, 2010.  ("January 22, 2010 Order").  (Docket No. 793).  In
footnote 1 of the January 22, 2010 Order, the court noted that the parties had filed various other
motions that were related to the administrative motion to relate cases and they were deemed moot.
Plaintiffs' motion to intervene and to modify the January 3, 2007 stipulated protective order was

1   among the various other motions deemed moot.  January 22, 2010 Order at 1.

2           On March 5, 2010, plaintiffs' motion to intervene and to modify the January 3, 2007

3   stipulated protective order was granted.  *See* Order Granting Motion of Plaintiffs' in Unrelated Case

4   to Intervene and to Modify the January 3, 2007 Stipulated Protective Order dated March 5, 2010.

5   ("March 5, 2010 Order").  (Docket No. 846).

6           On March 8, 2010, non-party National Corrective Group, Inc. ("NCG") filed a notice of

7   discrepancy between the court's rulings on intervenors' motion to intervene and to modify the

8   January 3, 2007 stipulated protective order.  *See* Docket No. 849.  Specifically, non-party NCG

9   sought clarification as to whether the March 5, 2010 Order is void *ab initio* in light of the prior

10  January 22, 2010 Order.  Alternatively, non-party NCG requested the opportunity to oppose

11  plaintiffs' motion to intervene and to modify the January 3, 2007 stipulated protective order.

12  Additionally, plaintiffs (in the above-captioned action) Elena del Campo, Ashorina Medina and Lisa

13  Johnston and plaintiffs Christine Smith, Ashley Henderson, Lois Artz and Jana Sperling (in the

14  unrelated action) moved the court to correct the clerical error in the January 22, 2010 Order that had

15  ruled that plaintiffs' motion to intervene and to modify the January 3, 2007 stipulated protective

16  order was moot.  *See* Docket no. 856.

17          Based on a referral of this matter by the district court and having reviewed the papers,

18          IT IS HEREBY ORDERED that docket no. 786 is not moot.  Based on the inconsistent

19  rulings, non-party NCG shall have an opportunity to oppose plaintiffs' motion to intervene and to

20  modify the January 3, 2007 stipulated protective order.  Accordingly, the March 5, 2010 Order is

21  vacated.

22          Non-party NCG may file its opposition no later than April 2, 2010.  Plaintiffs may file their

23  reply, if any, no later than April 16, 2010.  Pursuant to Civ. L.R. 7-1(b), the motion is taken under

24  submission.

25          IT IS SO ORDERED.

26  Dated:    March 15, 2010

27                                                          *Patricia V. Trumbull*

28                                                          PATRICIA V. TRUMBULL
                                                            United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28