Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ELENA DEL CAMPO, et al, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DON MEALING, et al., <br><br> Defendants. | Civ. No. 01-21151 JW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND REQUEST FOR AN ORDER FOR DEFENDANT DON MEALING TO SUPPLEMENT DISCOVERY RESPONSES** |
| AND CONSOLIDATED ACTION | Civ. No. 03-02691 JW |

Plaintiffs, and defendant Don Mealing, hereby agree and request entry of an order that, on or before August 31. 2010, defendant Mealing shall review and analyze the electronic data provided by plaintiffs' counsel to defendants' prior counsel in January 2010 and, based on his analysis of that data, supplement his prior responses to

STIPULATION AND ORDER TO SUPPLEMENT DISCOVERY RESPONSES: Page 1

1 | Interrogatory Nos. 27 through 33. Defendant shall also supplement his prior responses
2 | to Interrogatory No. 34 and 35.

**SO STIPULATED.**

DATED: August 9, 2010			LAW OFFICES OF PAUL ARONS


					By  /s/
					    PAUL ARONS
					    Attorneys for Plaintiffs


DATED: August 9, 2010			Best, Best & Krieger, LLP


					By  /s/
					    JOHN D. HIGGINBOTHAM
					    Attorneys for Defendants Don Mealing,
					    Lynn Hasney and Inc. Fundamentals


In accordance with the stipulation of the parties,

IT IS HEREBY ORDERED that defendant Mealing shall review and analyze the electronic data provided by plaintiffs' counsel to defendants' prior counsel in January 2010 and, based on his analysis of that data, supplement his prior responses to Interrogatory Nos. 27 through 33. Defendant shall also supplement his prior responses to Interrogatory No. 34 and 35

**IT IS SO ORDERED.**

DATED:  August 11, 2010

_____
HON. PATRICIA V. TRUMBULL,
Magistrate Judge
United States District Court

STIPULATION AND ORDER TO SUPPLEMENT DISCOVERY RESPONSES: Page 2