1  ANTHONY J. DECRISTOFORO (SB #166171)
   ajdecristoforo@stoel.com
2  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
3  Sacramento, CA 95814
   Telephone: (916) 447-0700
4  Facsimile: (916) 447-4781

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al., on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al., <br> Defendant. | Case No. C01-21151 JW <br><br> XXXXXXXXXXX] **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION FOR A SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)** |

Having considered Plaintiffs' Motion for a Sealing Order Pursuant to Local Rule 79-5(d) (Docket No. 998) together with the Declaration of Craig Olson of disclosing party CAPROCK Group, Inc. (CGI) requesting that the documents remain sealed, and good cause appearing therefrom:

IT IS HEREBY ORDERED:

1. The two categories of documents: wire transfer records and an accounting statement prepared for the accounts of the Mealing Family Trust and Inc. Fundamentals (hereafter "the Documents") produced in response to this Court's Order should continue to be maintained as confidential.

2. When and if the Documents are filed or lodged with the Court, they should be filed under seal and not be accessible to the public by electronic or other means.

3. Any briefs or other pleadings that make reference to the Documents shall be filed or lodged with the Court under seal.

4. If the Documents are made an exhibit at trial any identifying account or personal information should be redacted from the exhibits

DATED this __22__ day of October, 2010.

*Patricia V. Trumbull*
UNITED STATES ]XXXXXXXXXXXXXXX