Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Deepak Gupta, D.C. Bar #495451
(*pro hac vice*)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Tel:  (202) 588-1000
Fax: (202) 588-7795
dgupta@citizen.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DON MEALING, et al.,<br><br>Defendants. | Civ. No. 01-21151 JW<br><br>CLASS ACTION<br><br>ORDER REGARDING CLASS MAILING LIST AND CONTACTING CLASS MEMBERS<br>(~~proposed~~) |
| AND CONSOLIDATED ACTION | Civ. No. 03-02691 JW |

Plaintiffs are providing defendants Don Mealing, Lynn Hasney and Inc. Fundamentals a copy of the class mailing list including the names and addresses of class members to whom plaintiffs mailed class notice, pursuant to this Court's order.  Pursuant to the stipulation of the parties, and good cause appearing therefore,

1    IT IS HEREBY ORDERED that defendants, their counsel, investigators, employees and
2 agents are prohibited from contacting or attempting to contact any of the class members listed, for
3 any purpose related to the above-entitled litigation.

4 DATED: November 3, 2010

5 _____
Hon. James Ware, Judge
United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE CLASS LIST: Page 2