1    Paul Arons, State Bar #84970
     LAW OFFICE OF PAUL ARONS
2    685 Spring Street, #104
     Friday Harbor, WA 98250
3    Tel: (360) 378-6496
     Fax: (360) 378-6498
4    lopa@rockisland.com

5    Attorneys for Plaintiffs

6
     JOHN D. HIGGINBOTHAM, Bar No. 204179
7    BEST BEST & KRIEGER LLP
     3750 University Avenue, Suite 400
8    P.O. Box 1028
     Riverside, CA  92502
9    Telephone: (951) 686-1450
     Telecopier: (951) 686-3083
10   John.Higginbotham@bbklaw.com

11   Attorneys for Defendants
     DON MEALING, LYNN HASNEY
12   and INC. FUNDAMENTALS

13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18   ELENA DEL CAMPO, *et al*. on behalf of       Case No.  C01-21151 JW
     themselves and all others similarly situated,
19                                                 CLASS ACTION
                    Plaintiffs,
20                                                 STIPULATION TO DISMISS FIRST,
     v.                                            FOURTH, FIFTH AND SIX CLAIMS FOR
21                                                 RELIEF;
     AMERICAN CORRECTIVE
22   COUNSELING SERVICES, INC., *et al.*,          [PROPOSED] ORDER

23                  Defendants.

24

25

26

27

28
                                          STIPULATION TO DISMISS CLAIMS FOR
                                          RELIEF; ORDER   CASE NO.  C01-21151 JW

1 <u>STIPULATION</u>

2

3    WHEREAS the operative consolidated amended complaint (*Docket # 283*) contains six

4 claims for relief for: (1) violation of California Constitution, Article I, Sec. 1; (2) violation of the

5 Fair Debt Collection Practices Act; (3) violation of Business & Professions Code 17200 *et seq*.;

6 (4) conversion; (5) fraudulent misrepresentation; and (6) negligent misrepresentation; and

7    WHEREAS the fourth, fifth and sixth claims for relief were not certified for class

8 treatment; and

9    WHEREAS the first claim for relief was certified for class treatment only as to claims for

10 non-monetary relief, and Defendants Don Mealing and Lynn Hasney ceased to be involved with

11 ACCS over six years ago; and

12    WHEREAS the parties desire to streamline the case for trial;

13    NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs Elena del

14 Campo, Ashorina Medina and Lisa Johnston as class representatives, and the remaining

15 Defendants, Don Mealing, Lynn Hasney and Inc. Fundamentals, by and through their respective

16 counsel of record, that the first claim for relief for violation of California Constitution, Article I,

17 Sec. 1, the fourth claim for relief for conversion, the fifth claim for relief for fraudulent

18 misrepresentation, and the sixth claim for relief for negligent misrepresentation, be dismissed.

19

20 Dated: November 11, 2010

21                                              /s/ *Paul Arons*
                                               Paul Arons

22                                              Attorneys for Plaintiffs Elena del Campo,
                                               Ashorina Medina and Lisa Johnston, on behalf
23                                              of themselves and all others similarly situated

24 Dated: November 11, 2010

25                                              /s/ *John D. Higginbotham*
                                               John D. Higginbotham

26                                              Attorneys for Defendants Donald R. Mealing,
27                                              Lynn R. Hasney, and Inc. Fundamentals

28

1

<u>ORDER</u>

2

3    The Court, having reviewed the foregoing stipulation, and finding good cause therefore,

4    dismisses the first claim for relief for violation of California Constitution, Article I, Sec. 1, the

5    fourth claim for relief for conversion, the fifth claim for relief for fraudulent misrepresentation,

6    and the sixth claim for relief for negligent misrepresentation.

7    IT IS SO ORDERED.

8

9    Dated: __November 12, 2010__                    _____

10                                                   Judge James Ware

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS CLAIMS FOR
                                          RELIEF; ORDER   CASE NO.  C01-21151 JW