Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Attorneys for Plaintiffs


JOHN D. HIGGINBOTHAM, Bar No. 204179
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA  92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
John.Higginbotham@bbklaw.com

Attorneys for Defendants
DON MEALING, LYNN HASNEY
and INC. FUNDAMENTALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC., *et al.*,<br><br>Defendants. | Case No.  C01-21151 JW<br><br>CLASS ACTION<br><br>STIPULATION TO DISMISS DEFUNCT AND UNSERVED PARTIES;<br><br>[~~PROPOSED~~] ORDER |

STIPULATION

WHEREAS the operative consolidated amended complaint (*Docket # 283*) alleges claims against Don Mealing, Lynn Hasney, Inc. Fundamentals, Fulfillment Unlimited, Inc., Fundamental Performance Strategies, ACCS Administration, Inc., Mr. Green, R.D. Davis, Mrs. Lopez and Mr. Kramer; and

WHEREAS Fulfillment Unlimited, Inc., Fundamental Performance Strategies, ACCS Administration, Inc., are defunct; and

WHEREAS Mr. Green, R.D. Davis, Mrs. Lopez and Mr. Kramer have never been served with a summons or complaint in this action; and

WHEREAS the parties desire to streamline the case for trial;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs Elena del Campo, Ashorina Medina and Lisa Johnston as class representatives, and the remaining Defendants, Don Mealing, Lynn Hasney and Inc. Fundamentals, by and through their respective counsel of record, that all claims against Fulfillment Unlimited, Inc., Fundamental Performance Strategies, ACCS Administration, Inc., Mr. Green, R.D. Davis, Mrs. Lopez and Mr. Kramer, be dismissed.

Dated: November 11, 2010

/s/ *Paul Arons*_____
Paul Arons

Attorneys for Plaintiffs Elena del Campo, Ashorina Medina and Lisa Johnston, on behalf of themselves and all others similarly situated

Dated: November 11, 2010

/s/ *John D. Higginbotham*_____
John D. Higginbotham

Attorneys for Defendants Donald R. Mealing, Lynn R. Hasney, and Inc. Fundamentals

STIPULATION TO DISMISS DEFUNCT PARTIES; ORDER  CASE NO. C01-21151 JW

1                                           ORDER

3    The Court, having reviewed the foregoing stipulation, and finding good cause therefore,
4    dismisses all claims against Fulfillment Unlimited, Inc., Fundamental Performance Strategies,
5    ACCS Administration, Inc., Mr. Green, R.D. Davis, Mrs. Lopez and Mr. Kramer.
6        IT IS SO ORDERED.

8        Dated: November 12, 2010                    _____
9                                                        Judge James Ware