1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

13

14

15

16

17

18

| | | |
|---|---|---|
| ELENA DEL CAMPO, ET AL., | ) | Case No.: C 01-21151 JW (PVT) |
| | ) | |
| Plaintiffs, | ) | **ORDER DENYING PLAINTIFFS'** |
| | ) | **MOTION FOR REASONABLE** |
| v. | ) | **ATTORNEYS' FEES AND EXPENSES** |
| | ) | |
| | ) | **[Docket No. 1026]** |
| DON MEALING, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

19

20

21

     Plaintiffs move for an award of reasonable attorneys' fees and expenses.  Defendants did not oppose, or otherwise respond, to the motion.  Pursuant to Civ. L.R. 7-1(b), the motion is taken under submission and the hearing scheduled to be held on December 7, 2010 is vacated.  Having reviewed the papers and considered the arguments of counsel,

22

23

     IT IS HEREBY ORDERED that plaintiffs' motion is denied.[1]

24

25

26

27

     Plaintiffs move for an award of attorneys' fees and expenses on the grounds that defendants' motion to compel further discovery responses was not substantially justified.  Mot. at 2.  On November 9, 2010, defendants' motion to compel was granted in part and denied in part. ("November 9, 2010 Order").  In sum, the court granted defendant Mealing's request to propound

28

       [1]    The holding of this court is limited to the facts and particular circumstances underlying the present motion.

additional interrogatories and ordered plaintiffs to supplement certain interrogatory responses and requests for production of documents.  November 9, 2010 Order at 5.

Here, the court finds that an award of attorneys' fees and expenses is not warranted. Accordingly, plaintiffs' motion is denied.

IT IS SO ORDERED.

Dated:    November 24, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28