IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, | **ORDER SUSTAINING IN PART OBJECTION TO DISCOVERY ORDER** |
| v. | |
| Don R. Mealing, et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' Objection to November 9, 2010 Discovery Order. (See Docket Item No. 1049.) On November 18, 2010, the Court ordered supplemental briefing on Plaintiffs' Objection. (See Docket Item No. 1055.) On November 22, 2010, Defendants filed their Opposition. (See Docket Item No. 1058.) On November 23, 2010, Plaintiffs filed their Reply. (See Docket Item No. 1065.)

A district court may modify a magistrate judge's ruling on a non-dispositive matter, such as an order to compel discovery, if the order is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Bahn v. NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991). Pursuant to Civil Local Rule 72-2, the court may not grant a motion objecting to a Magistrate Judge's order without first giving the opposing party an opportunity to brief the matter. See Civ. L.R. 72-2.

Upon review, the Court finds good cause to SUSTAIN in part Plaintiffs' Objection to the November 9, 2010 Discovery Order.[1] Accordingly, the Court ORDERS as follows:

(1) The Court SUSTAINS Plaintiffs' Objection as to Request for Production of Document No. 4 because these documents should be in the possession of Defendants.

---

[1] (See Docket Item No. 1038.)

Plaintiffs should not have to reproduce documents they received from Defendants simply because Defendants' new counsel did not receive a full file from Defendants' former counsel.

(2) On or before **November 29, 2010**, Plaintiffs shall supplement their responses to interrogatory nos. 11, 12, 13, 14, 15, 16, 17, 26, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 52, 53, 54, 55, 56 and 57.

(3) On or before **November 29, 2010**, Plaintiffs shall comply with requests for production of document nos. 8, 9, 10, 11, 24, 25, 34, 35, 36 and 37.

Dated: November 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Joseph DeCristoforo ajdecristoforo@stoel.com
Brett Marshall Godfrey godfrey@godlap.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak  Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
Eric Neil Landau elandau@jonesday.com
George Stephen Azadian gazadian@stroock.com
Hugh Tabor Verano hverano@verano-verano.com
John David Higginbotham john.higginbotham@bbklaw.com
Joshua G Blum jblum@ftllp.com
Julie N. Richards richards@godlap.com
Kendra S. Canape kendra.canape@kyl.com
Lester A. Perry lap@hooleking.com
Michael Andrew Taitelman mtaitelman@ftllp.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul  Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lgbfirm.com
Ronald  Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com

**Dated:  November 24, 2010**                                **Richard W. Wieking, Clerk**


                                                             **By:      /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

*United States District Court — For the Northern District of California*