IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena M. Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, <br> v. | **ORDER SCHEDULING POST-TRIAL CONFERENCE** |
| Don Mealing, et al., | |
| Defendants. | |

This case was tried before a jury, which returned a verdict on December 13, 2010. Accordingly, on **January 24, 2011 at 11 a.m.**, the parties shall appear for a Post-Trial Conference. On or before **January 14, 2011**, the parties shall file a Joint Post-Trial Conference Statement, which shall include, among other things, a statement regarding any remaining issues requiring resolution, such as equitable relief and attorney fees motions. To the extent there are anticipated post-trial motions, the parties shall also propose a briefing schedule and a hearing date consistent with the Court's calendar for those motions.

Dated:  December 13, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Joseph DeCristoforo ajdecristoforo@stoel.com
Brett Marshall Godfrey godfrey@godlap.com
David L. Hartsell dhartsell@mcguirewoods.com
Deepak Gupta dgupta@citizen.org
Eric Neil Landau elandau@jonesday.com
George Stephen Azadian gazadian@stroock.com
Hugh Tabor Verano hverano@verano-verano.com
John David Higginbotham john.higginbotham@bbklaw.com
Joshua G Blum jblum@ftllp.com
Julie N. Richards richards@godlap.com
Kendra S. Canape kendra.canape@kyl.com
Lester A. Perry lap@hooleking.com
Michael Andrew Taitelman mtaitelman@ftllp.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lgbfirm.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com

Dated:  December 13, 2010                                  **Richard W. Wieking, Clerk**

                                                           **By:     /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**