Julie N. Richards, CO Bar No. 39489
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Telephone: (303) 228-0700
Telecopier: (303) 228-0701
godfrey@godlap.com
Admitted *Pro Hac Vice*

Attorneys for Defendants
DONALD R. MEALING, LYNN R. HASNEY
and INC. FUNDAMENTALS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELENA DEL CAMPO, et al. on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al.,<br><br>       Defendants. | Case No.  C01-21151 JW<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' JOINDER IN PLAINTIFFS' REQUEST FOR TELEPHONE APPEARANCE**<br><br>Date:  March 22, 2011<br>Time:  10:00 a.m.<br>**Dept. 5** |
| | And Consolidated Action<br>Civ. No. 03-2611 JW |

Defendants' counsel hereby joins in Plaintiffs' request to appear telephonically [Document 1142] at the hearing on Defendants' Motion to Quash Plaintiffs' Subpoena to Third Party National Corrective Group set for March 22, 2011 at 10:00 a.m.  Ms. Richards resides in the State of Colorado.  Ms. Richard's contact number for this appearance is (303) 228-0700.

**C01-21151 JW:**  DEFENDANTS' JOINDER IN PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY

/s/ Julie N. Richards
Julie N. Richards

Attorneys for Defendants Donald R. Mealing, Lynn R. Hasney, and Inc. Fundamentals

    The Court hereby grants the request of Julie N. Richards to appear telephonically at the above-referenced hearing.  Ms. Richards shall coordinate her appearance with Oscar Rivera, courtroom deputy to the undersigned.

**IT IS SO ORDERED**.

Dated: March 17, 2011

Hon. Paul Singh Grewal
Magistrate Judge, United States District Court

GODFREY & LAPUYADE, P.C.
9557 S. KINGSTON COURT
ENGLEWOOD, CO 80112

**C01-21151 JW:** DEFENDANTS' JOINDER IN PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY