United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Elena M. Del Campo, et al.,<br><br>         Plaintiffs,<br>   v.<br><br>Don Mealing, et al.,<br><br>         Defendants.<br>_____/ | NO. C 01-21151 JW<br><br>**ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE; SETTING PRELIMINARY PRETRIAL CONFERENCE** |

This case is scheduled for a Further Case Management Conference on July 11, 2011. On July 2, 2011 the parties filed a Joint Further Case Management Conference Statement. (See Docket Item No. 1192.) In their Joint Statement, the parties dispute whether the Court's May 20, 2011 Order granted a new trial as to all issues or solely as to those raised in Defendants' Motion. (Id. at 3-4.) The parties further contend that clarification of the Court's May 20 Order would affect the trial schedules proposed in their Joint Statement. (Id. at 12.) Moreover, Defendants have a pending Motion to Disqualify Plaintiffs' Counsel set for a hearing on September 12, 2011 at 9 a.m.

In light of the parties' contention that clarification of the Court's May 20 Order would affect their proposed trial schedule and in light of Defendants' pending Motion, the Court finds good cause to VACATE the July 11 Conference.

Further, the Court clarifies its May 20 Order as follows: In its May 20 Order, the Court granted a new trial as to all issues remaining and did not limit the trial to those issues raised in Defendants' Motion, including those issues raised in Plaintiffs' Motions: (1) actual damages; and (2) the liability of Inc. Fundamentals.

Because the Court has granted a new trial on all issues, and because Plaintiffs have demonstrated good cause for the need for additional discovery, the Court sets a new deadline for the close of all discovery for **December 12, 2011** and orders as follows:

(1) The parties shall appear for a Preliminary Pretrial Conference on **November 14, 2011 at 11 a.m.**

(2) On or before **November 11, 2011**, the parties shall file a Joint Preliminary Pretrial Conference Statement that includes, *inter alia*, a good faith proposed schedule for trial.

Dated: July 5, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Joseph DeCristoforo ajdecristoforo@stoel.com
Brett Marshall Godfrey godfrey@godlap.com
David L. Hartsell dhartsell@mcguirewoods.com
Eric Neil Landau elandau@jonesday.com
George Stephen Azadian gazadian@stroock.com
Hugh Tabor Verano hverano@verano-verano.com
John David Higginbotham john.higginbotham@bbklaw.com
Joshua G Blum jblum@ftllp.com
Julie N. Richards richards@godlap.com
Kendra S. Canape kendra.canape@kyl.com
Lester A. Perry lap@hooleking.com
Lucius Wallace luke@hwh-law.com
Michael Andrew Taitelman mtaitelman@ftllp.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lgbfirm.com
Robert David Humphreys david@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com

**Dated: July 5, 2011**          **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
     **Susan Imbriani**
     **Courtroom Deputy**