IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Elena Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, v. | **ORDER VACATING PRETRIAL CONFERENCE** |
| Don Mealing, et al., | |
| Defendants. | |

This case is scheduled for a Pretrial Conference on November 14, 2011. On October 11, 2011, the Court granted Plaintiffs' Motion for Leave to File Motion for Reconsideration of the Court's Order Granting Defendants' Motion to Disqualify Counsel.[1] In its October 11 Order, the Court set a briefing schedule for Plaintiffs' Motion for Reconsideration and continued the October 17, 2011 Case Management Conference to December 12, 2011. (Id. at 3.)

Accordingly, in light of the pending Motion for Reconsideration, and in light of the fact that a Case Management Conference in this matter is already scheduled for December 12, 2011, the Court VACATES the November 14 Pretrial Conference.

Dated: November 8, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Order Granting Plaintiffs' Motion to Lengthen Time; Granting Plaintiffs' Motion for Leave to File Motion for Reconsideration; Continuing October 17, 2011 Case Management Conference, hereafter, "October 11 Order," Docket Item No. 1241.)

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Joseph DeCristoforo ajdecristoforo@stoel.com
Brett Marshall Godfrey godfrey@godlap.com
Brett Marshall Godfrey godfrey@godlap.com
David L. Hartsell dhartsell@mcguirewoods.com
Eric Neil Landau elandau@jonesday.com
Eric Neil Landau elandau@jonesday.com
George Stephen Azadian george@mathewslawgroup.com
Hugh Tabor Verano hverano@verano-verano.com
John David Higginbotham john.higginbotham@bbklaw.com
Joshua G Blum jblum@ftllp.com
Julie N. Richards richards@godlap.com
Julie N. Richards richards@godlap.com
Kendra S. Canape kendra.canape@kyl.com
Lester A. Perry lap@hooleking.com
Lucius Wallace luke@hwh-law.com
Michael Andrew Taitelman mtaitelman@ftllp.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lgbfirm.com
Robert David Humphreys david@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com

**Dated: November 8, 2011**                                **Richard W. Wieking, Clerk**

                                                           **By:     /s/ JW Chambers**
                                                               **Susan Imbriani**
                                                               **Courtroom Deputy**