IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Elena Del Campo, et al., | NO. C 01-21151 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Don Mealing, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 12, 2011. On September 29, 2011, the Court granted Defendants' Motion to Disqualify Counsel. (hereafter, "September 29 Order," Docket Item No. 1227.) On October 11, 2011, the Court granted Plaintiffs' Motion for Leave to File Motion for Reconsideration of its September 29 Order. (hereafter, "October 11 Order," Docket Item No. 1241.) In its October 11 Order, the Court set a briefing schedule for Plaintiffs' Motion for Reconsideration and specified that "upon completion of the briefing, the Court will take the matter under submission." (Id. at 3.)

In light of the pending Motion for Reconsideration, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court CONTINUES the Case Management Conference to **December 19, 2011 at 10 a.m.**

Dated: December 5, 2011

JAMES WARE
United States District Chief Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Joseph DeCristoforo ajdecristoforo@stoel.com
Brett Marshall Godfrey godfrey@godlap.com
David L. Hartsell dhartsell@mcguirewoods.com
Eric Neil Landau elandau@jonesday.com
George Stephen Azadian george@mathewslawgroup.com
Hugh Tabor Verano hverano@verano-verano.com
John David Higginbotham john.higginbotham@bbklaw.com
Joshua G Blum jblum@ftllp.com
Julie N. Richards richards@godlap.com
Kendra S. Canape kendra.canape@kyl.com
Lester A. Perry lap@hooleking.com
Lucius Wallace luke@hwh-law.com
Michael Andrew Taitelman mtaitelman@ftllp.com
Natalie P. Vance nvance@klinedinstlaw.com
O. Randolph Bragg rand@horwitzlaw.com
Paul Arons lopa@rockisland.com
Peter Manfred Bransten pbransten@lgbfirm.com
Robert David Humphreys david@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Sharon Kathleen Grace parons@rockisland.com

**Dated:  December 5, 2011**                          **Richard W. Wieking, Clerk**


                                                      **By:     /s/ JW Chambers                       **
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**