BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Robert M. Bramson (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

O. Randolph Bragg, (IL Bar. No. 06221983)
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Telephone: (312) 372-8822

Attorneys for Plaintiff
ELENA DEL CAMPO

IN THE UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elena Del Campo, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Don Mealing, et al., <br><br> Defendants. | Case No. C 01-21151 SI <br><br> Judge Susan Illston <br><br> [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE RELIEF FROM STAY |

     For good cause appearing, Plaintiffs' Motion for Administrative Relief from Stay and to Set a Case Management Conference is GRANTED. The parties shall appear for a Case Management Conference on __1/11/13 @ 3:00 p.m.__.

     IT IS SO ORDERED.

_____
The Honorable J. Illston

Counsel shall file a joint case management conference statemenht one week prior to the conference.

67393

1