IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA DEL CAMPO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al.,<br><br>　　　　Defendants.<br>———————————————————/ | No. C 01-21151 SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

The Court GRANTS the unopposed motion to allow defendant's local counsel – John D. Higginbotham and Best Best & Krieger – to withdraw as local counsel in this case based on defense counsel's representation that defendant is in the process of securing new local counsel. The hearing set for Friday January 18, 2013 on the motion, Docket No. 1285, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 16, 2013

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge