UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELENA DEL CAMPO

     Plaintiff(s),                          No. C-01-21151 SI (EDL)

     v.                                   NOTICE OF CONTINUANCE
                                         OF SETTLEMENT CONFERENCE

AMERICAN CORRECTIVE COUNSELING

     Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for November 21, 2013 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until December 4, 2013 at 9:30 a.m..

Settlement Conference statements, if not previously submitted, are due November 20, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: September 18, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge