1  BRAMSON, PLUTIZK, MAHLER & BIRKHAEUSER, LLP
   Robert M. Bramson (Bar No. 102006)
2  Jenelle Welling (Bar No. 209480)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA   94598
   Telephone: (925) 945-0200
4  Facsimile: (925) 945-8792
   E-Mail:  rbramson@bramsonplutzik.com
5  E-Mail:  jwelling@bramsonplutizk.com

6  O. Randolph Bragg, (IL Bar. No. 06221983)
   HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington, Suite 900
   Chicago, IL 60602
8  Telephone: (312) 372-8822

9  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA DEL CAMPO, et al., on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> DON MEALING, et al., <br><br> Defendants. <br><br> And Consolidated Action No. C 03-2611 | Case No. C 01-21151 SI <br><br> **PLAINTIFF'S REQUEST FOR TELEPHONE APPEARANCE** <br><br> Hearing:    December 13, 2013 <br> Time:       3:00 p.m. <br> Courtroom:  10 |

CASE NO.: C 01-21151 SI
70490

1    Plaintiffs' counsel, Robert M. Bramson, hereby respectfully requests to appear
2    telephonically at the Case Management Conference scheduled for December 13, 2013, at
3    3:00 p.m.  Mr. Bramson resides in Walnut Creek, California and therefore could certainly appear
4    personally should the Court so desire.  However, the Court has allowed defense counsel to appear
5    telephonically and it would be more convenient for Mr. Bramson to appear telephonically as
6    well.  (His Firm's Holiday Luncheon is scheduled for that day.)
7    Based upon the joint Case Management Conference Statement filed by the parties, plaintiffs
8    do not anticipate any issues of special significance to be discussed at this upcoming
9    conference.   Mr. Bramson's contact number for this appearance is (925) 945-0200.

Dated:  December 9, 2013               BRAMSON, PLUTZIK, MAHLER &
                                       BIRKHAEUSER, LLP

                                       _____/s/ Robert M. Bramson_____
                                       Robert M. Bramson
                                       Attorneys for Plaintiff

                                       2125 Oak Grove Road, Suite 120
                                       Walnut Creek, California  94598
                                       Telephone: (925) 945-0200
                                       Facsimile: (925) 945-8792

The Court hereby grants the request of Robert M. Bramson to appear telephonically at the above referenced hearing.

IT IS SO ORDERED.

Dated:  12/10/13                       _____
                                       The Hon. Susan Illston

PLAINTIFF'S REQUEST FOR TELEPHONE APPEARANCE                    1
CASE NO.: C 01-21151 SI
70490