IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA DEL CAMPO, et al., | No. C 01-21151 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN CORRECTIVE COUNSELING SERVICES, INC., et al., | |
| Defendants. | |

Class counsel Bramson, Plutzik, Mahler & Birkhaeuser, LLP and Horwitz, Horwitz & Associates, have moved to withdraw as counsel to Dr. Elena Baker, one of the four class representatives in the present case. Docket No. 1346. According to class counsel, Dr. Baker has repeatedly made clear that she no longer desires counsel act on her behalf in this litigation and that she does not wish to participate further in this litigation. Declaration of Robert M. Bramson. However, class counsel asserts that Dr. Baker did not sign or approve the motion and supporting declaration counsel prepared for Dr. Baker's withdrawal from the case. *Id*. Nor has Dr. Baker filed with the Court a motion withdrawing from the class action.

It appears that Dr. Baker no longer wishes to proceed as class representative in this litigation. **The Court therefore orders Dr. Baker to show cause, in a document to be filed with the Court on or before January 31, 2014, why she should not be removed as a class representative in this litigation.** The Court will then rule on class counsel's motion to withdraw as counsel for Dr. Baker.

**IT IS SO ORDERED**.

Dated: January 15, 2014

SUSAN ILLSTON
United States District Judge