Brett M. Godfrey, CO Bar No. 16871
Godfrey | Johnson, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Telephone: (303) 228-0700
Telecopier: (303) 228-0701
godfrey@gojolaw.com
Admitted Pro Hac Vice

Attorneys for Defendants
DONALD R. MEALING, LYNN R. HASNEY
and INC. FUNDAMENTALS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ELENA DEL CAMPO, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CORRECTIVE COUNSELING SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. C01-21151 SI<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS**<br><br>Hearing:     February 28, 2014<br>Time:        9:00 a.m.<br>Courtroom:   10 |
|---|---|

Defendants Don Mealing, Lynn Hasney and Inc. Fundamentals, by and through counsel, Godfrey Johnson, P.C., hereby submit their Unopposed Motion for Extension of Time to File Reply Briefs, showing the Court as follows:

1. Undersigned counsel certifies that she has conferred with counsel for Plaintiffs who takes no position on the relief requested herein.

2. Pursuant to the Civil Pretrial Minutes issued by the Court on December 19, 2013 (Doc. No. 1345), dispositive motions and Defendants' motion to decertify were due on

January 24, 2014, responses were due on February 7, 2014, and replies are due on February 14, 2014.

3. Because of the Court's ECF technical failure on January, 24, 2014, Defendants filed their motions on the next court date following the ECF technical failure on January 27, 2014 pursuant to the local rules.

4. While there was not a second technical failure, Plaintiffs filed their responses to Defendants' motions on February 10, 2014.

5. Defendants therefore respectfully request that their time to reply to Plaintiffs' responses be extended for the same period of time taken by Plaintiffs, making their replies on their motion for summary judgment and motion to decertify due on February 18, 2014.

6. In the alternative, Defendants would request that Plaintiffs' responses be stricken as untimely as their late filing would greatly prejudice Defendants, especially in light of the expedited briefing schedule, complexity of the briefed issues, and the volume of exhibits attached to Plaintiffs' responses.

WHEREFORE, Defendants respectfully request a brief extension of time to file their reply briefs, up to and including February 18, 2014.

Dated this 12th day of February, 2014.

/s/ Julie N. Richards
Julie N. Richards
Attorneys for Defendants
Donald R. Mealing, Lynn R. Hasney, and Inc. Fundamentals

IT IS SO ORDERED

_____
Susan Illston, Judge EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE
2/18/2014
Date