BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Robert M. Bramson (Bar No. 102006)
Jenelle Welling (Bar No. 209480)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
rbramson@bramsonplutzik.com
jwelling@bramsonplutizk.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA DEL CAMPO, et al., on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>DON MEALING, et al.,<br><br>Defendants.<br><br>And Consolidated Action No. C 03-2611 | Case No. C 01-21151 SI<br><br>[PROPOSED] ORDER APPROVING STIPULATED DECERTIFICATION OF CLASS AND ALLOCATION OF SETTLEMENT FUNDS<br><br>Hearing Date:    May 30, 2014<br>Time:            9:00 a.m.<br>Location:        Courtroom 10 |

[PROPOSED] ORDER APPROVING STIPULATED DECERTIFICATION OF CLASS.
ALLOCATION OF SETTLEMENT FUNDS AND CONDITIONAL DISMISSAL
CASE NO.: C 01-21151 SI
71199

1  The unopposed motion of plaintiffs (#1376) for approval of the parties' Stipulation For Decertification (#1376-1) came on for hearing before this Court on May 30, 2014 at 9:00 a.m.

IT IS HEREBY ORDERED:

The Court APPROVES the parties' Stipulation For Decertification. The previously-certified class in this Action is hereby decertified. The Court finds that decertification is warranted in light of the limited financial wherewithal of the remaining defendants in this action and the resulting impossibility of obtaining a settlement or recovering upon a judgment of sufficient size to allow for any monetary distribution to class members. The Court further finds that, under all of the circumstances present here, a further notice to the class should not be required.

After payment of $1,000 to each of the three plaintiffs in this Action and to both of the plaintiffs in the *Rosario* Action, as set forth in the parties' Settlement Agreement (#1376-2, Exh. 1), the remaining settlement funds shall be distributed first to The Impact Fund for repayment of their grant and accrued interest, in full, and then to plaintiffs' counsel as partial reimbursement for out-of-pocket expenses incurred in the two Actions.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, by JANUARY 15, 2015, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

5/30/14

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATED DECERTIFICATION OF CLASS AND ALLOCATION OF SETTLEMENT FUNDS
CASE NO.: C 01-21151 SI
71199

1