BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Robert M. Bramson (Bar No. 102006)
Jenelle Welling (Bar No. 209480)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA   94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
rbramson@bramsonplutzik.com
jwelling@bramsonplutizk.com

*Attorneys for Plaintiffs*

**GRANTED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA DEL CAMPO, et al., on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> DON MEALING, et al., <br><br> Defendants. <br><br> And Consolidated Action No. C 03-2611 | Case No. C 01-21151 SI <br><br> **STIPULATION FOR DISMISSAL OF ACTION** <br><br> (FRCP, Rule 41(a)(1)(A)(ii)) |

STIPULATION FOR DISMISSAL OF ACTION (FRCP. RULE 41(A)(1)(A)(II))
CASE NO.: C 01-21151 SI
71033

1 | In light of the settlement between the parties and pursuant to the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiffs and defendants through their attorneys of record hereby stipulate to the dismissal of this action with prejudice.

IT IS HEREBY STIPULATED THAT THIS ACTION BE DISMISSED WITH PREJUDICE.

Dated: January 9, 2015

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

/s/ Robert M. Bramson
Robert M. Bramson
Attorneys for Plaintiff

O. Randolph Bragg, (IL Bar. No. 06221983)
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Telephone: (312) 372-8822

/s/   Brett M. Godfrey
Brett M. Godfrey
Attorneys for Defendants Donald R. Mealing, Lynn R. Hasney, and Inc. Fundamentals

STIPULATION FOR DISMISSAL OF ACTION (FRCP. RULE 41(A)(1)(A)(II))
CASE NO.: C 01-21151 SI
71033

1